⌦AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

MARIA SANTILLAN, as Special Administrator
of the Estate of ESEQUIEL SANTILLAN,
Deceased, RIGOBERTO LOPEZ, and AQUILEO
ARIAS,   Plaintiffs    V.

TERRY SCHAAFSMA and BRUCE SCHAAFSMA both
d/b/a THE GRAND FARM and both d/b/a
SCHAAFSMA FARM,
        Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER **04-2284**

TO: (Name and address of Defendant)

Terry Schaafsma
1281 S. Wichert N. Road
Momence, IL  60954

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS E. McClure
ELLIOTT & McCLURE, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

DATE  12/20/04

s/V. Ball
(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, Plaintiffs

v.

TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,
    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-2284

TO: (Name and address of Defendant)

Bruce Schaafsma
1308 S. Wichert N. Road
Momence, IL 60954

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS E. McClure
ELLIOTT & McCLURE, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL 60914

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

DATE 12/20/04

s/V. Ball
(BY) DEPUTY CLERK