E-FILED
Thursday, 20 January, 2005  11:53:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>　　　Plaintiffs,<br><br>　　v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04 - 2284 |

**STIPULATION FOR ENLARGEMENT OF TIME**

Now come the parties by their respective attorneys, THOMAS E. McCLURE for Plaintiffs and TONY L. BRASEL for the Defendants, and stipulate to an enlargement of time for Defendants to answer the complaint. In support hereof, the parties state as follows:

　　1.　Defendant, TERRY SCHAAFSMA was served with process on December 31, 2004.

　　2.　Defendant, BRUCE SCHAAFSMA was served with process on January 3, 2005.

　　3.　Defendants have both retained Tony L. Brasel to represent them.

　　4.　The parties agree that Defendants' time to answer or otherwise plead should be extended to February 21, 2005.

1

MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, Plaintiffs,

By: S/ Thomas E. McClure
THOMAS E. McCLURE
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net

TERRY SCHAAFSMA and BRUCE SCHAAFSMA, Defendants

By: S/Tony L. Brasel
TONY L. BRASEL
Attorney for Defendants
201 Park Place
Suite 12
Bourbonnais, IL  60914
815-937-9939
Fax:  815-937-9965
E-mail:  tlbrasel@daca.net