E-FILED
Tuesday, 22 February, 2005  04:12:03 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a The Grand Farm and both d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this Motion to Dismiss states as follows:

1. The Plaintiffs have filed this Complaint at Law in this Court pursuant to the claim of jurisdiction according to the Migrant and Seasonal Agricultural Workers Protection Act, being 29 USC 1801 et seq. hereinafter referred to as AWPA.

2. The Complaint alleges that on September 8, 2004, Santillan, Lopez and Arias were being provided transportation by means of a 1983 Ford farm truck allegedly owned by the Defendants, but being driven by Jorge Calero.

3. That 29 USC 1841, provides in (a)(2) as follows:

> This section does not apply to the transportation of any migrant or seasonal agricultural worker on a tractor, combine, harvester, picker, or other similar

>machinery and equipment while such worker is actually engaged in the planting, cultivating, or harvesting of any agricultural commodity or the care of livestock or poultry.

4. That after reading the AWPA, it becomes obvious that the reason for the passage of this act concerning the transportation of migrant and seasonal workers was to provide for safety issues when the workers were being transported to and from the place of employment, but not while engaged in day to day farm activities.

5. To further show this, AWPA defines "farm labor contracting activity" as recruiting, soliciting, hiring, employing, furnishing, or transporting any migrant or seasonal agricultural worker, and "day haul operations" as the assembly of workers at a pick-up point waiting to be hired and employed, transportation of such workers to agricultural employment, and the return of such workers to a drop-off point on the same day, see 29 USC 1802(4) and (6), which show the intent of the Act was concerned with transporting workers from home to the place of employment.

6. While the Complaint does not state what happened while the Plaintiff's were passengers in the farm truck, Arias and Lopez did give statements concerning the incident.

7. In the statements, they both stated that on a Wednesday in September they were working at a farm in the country. They were taking rotten watermelons to the field. As they were leaving the field, the truck increased speed and they fell off the truck. (A copy of these statements will be sent by regular mail as your movant was experiencing difficulties with the scanner.)

8. As shown by these statements, the Plaintiffs were involved in an activity that was not covered by AWPA. This was purely a farming act, not an act where the workers were being

transported from one location to another that is not related to farming.

    9.  That should this Motion to Dismiss be granted, the Plaintiff's would not be barred from filing a suit in state court.

    WHEREFORE, your movant prays that this Motion to Dismiss be granted.

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

CERTIFICATION OF SERVICE

I hereby certify that on February 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas E. McClure, tkbbmac@keynet.net.

s/Tony L. Brasel

_____
Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net