E-FILED
Tuesday, 15 March, 2005  02:28:56 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased; RIGOBERTO LOPEZ; and AQUIELO ARIAS, <br><br>           Plaintiffs, <br>      v. <br><br> TERRY SCHAAFSMA, doing business as The Grand Farm, doing business as Schaffsma Farm; and BRUCE SCHAAFSMA, doing business as The Grand Farm, doing business as Schaffsma Farm; <br><br>           Defendants. | Case No. 04-2284 |

## DISCOVERY ORDER

A discovery conference was held **March 8, 2005,** pursuant to FRCP 16 and local rule 16.2(A). Plaintiffs appeared by Thomas E. McClure. Defendants appeared by Tony L. Brasel. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. All occurrence witnesses shall be deposed by **May 18, 2005.**

2. The deadline for amendment of pleadings is **June 1, 2005.**

3. The deadline for joining additional parties is **June 1, 2005.**

4. Each party is to disclose its experts and provide expert reports by **September 1, 2005.**

5. Disclosure of rebuttal experts shall be accomplished by **October 3, 2005.**

6. All discovery, including deposition of experts, is to be completed by **November 3, 2005.**

7. The deadline for filing case dispositive motions shall be **December 3, 2005.**

      8.  The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **April 5, 2006, at 1:30 p.m.**

      9.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **April 24, 2006, at 9:00 a.m. (Case No. 1).**

      ENTER this 15th day of March, 2005

                                                       s/ DAVID G. BERNTHAL  
                                                        U.S. MAGISTRATE JUDGE

F:\CMECF\CV\4\santillan v schaafsma.04-2284.dis order.wpd