E-FILED
Wednesday, 30 March, 2005  08:57:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>         Plaintiffs,<br><br>v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br>         Defendants. | No. 04 - 2284 |

### MOTION TO COMPEL DISCOVERY AND FOR OTHER RELIEF

Now come Plaintiffs, MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, by THOMAS E. McCLURE, their attorney and pursuant to Rule 37 of the Federal Rules of Civil Procedure, move for an entry of an order compelling discovery and for other relief.  In support of this motion, THOMAS E. McCLURE declares under penalties of perjury, that the following allegations are true and correct:

    1.    On February 10, 2005, the parties, through their attorneys met for their Rule 26(f) conference.

    2.    Pursuant to Rule 26, the parties are to make automatic disclosures at or within fourteen (14) days of the conference.  In this case, the fourteen (14) day deadline occurred on February 24, 2005.  As of March 30, 2005, Defendants have made no disclosures to Plaintiffs.

    3.    On March 8, 2005, Plaintiff's counsel THOMAS E. McCLURE met in person with TONY L. BRASEL, Defendants' attorney, in a good faith attempt to resolve this dispute without court action.

4. On March 18, 2005, THOMAS E. McCLURE followed up with a letter to counsel as a second good faith attempt to obtain compliance. A copy of the March 18, 2005 letter is attached hereto and incorporated herein as Exhibit "A."

WHEREFORE, Plaintiffs MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, pray for the following relief:

A. That this court enter an order compelling Defendants to comply with the automatic disclosures, provision of Rule 26(a).

B. That this court enter an order awarding Plaintiffs reasonable expense and attorney's fees caused by Defendants' non-disclosure.

C. That this court enter such other relief as is just pursuant to Rule 37.

> MARIA SANTILLAN, as Special
> Administrator of the ESTATE OF
> ESEQUIEL SANTILLAN, RIGOBERTO
> LOPEZ, and AQUILEO ARIAS,
> Plaintiffs,
>
> By: S/ Thomas E. McClure
> THOMAS E. McCLURE
> Attorney for Plaintiffs
> Elliott & McClure, P.C.
> 18 Briarcliff Professional Center
> Bourbonnais, IL  60914
> 815-935-1117
> Fax:  815-935-1141
> E-mail:  tkbbmac@keynet.net

### CERTIFICATE OF SERVICE

I, THOMAS E. McCLURE, certify that on March 30, 2005, I electronically filed the foregoing document with the Clerk of the United States District Court.

> S/Thomas E. McClure

2

# ELLIOTT & McCLURE, P.C.
### *Attorneys at Law*
18 Briarcliff Professional Center
Bourbonnais, Illinois 60914

ROGER C. ELLIOTT  
THOMAS E. McCLURE  
JENNIFER E. MANSBERGER  
JOHN A. DENTON  
JEFFREY M. GODIN  

815-935-1117  
FAX   815-935-1141

March 18, 2005

Tony L. Brasel
Attorney at Law
201 Park Place, Suite 12
Bourbonnais, IL 60914

Re:   *Santillan v. Schaafsma*

Dear Tony:

Following court on March 8, 2005, I reminded you that I had not received the automatic disclosures.

Rule 26 provides that your disclosures were to be made at or within 14 days of our Rule 26(f) conference. The conference took place on February 10, 2005, so the disclosures should have been made by February 24, 2005.

Please consider this letter as a second good faith attempt to secure this information without court action. If I do not receive these materials by Friday, March 25, 2005, I will have to file a motion to compel compliance. I would be most appreciative if you would give this matter your immediate attention so I do not have to file a motion.

Enclosed are the following documents:

1. Plaintiff, Rigoberto Lopez's First Request for Admissions directed to Defendant;

2. Plaintiff, Aquileo Arias' First Request for Admissions directed to Defendant;

3. Plaintiff, Maria Santillan's First Request for Admissions directed to Defendant;

4. Proof of Service for Request for Admissions;

5. Copy of Subpoena for Deposition (Records Only) directed to the Illinois Secretary of State; and

**Exhibit "A" (Page 1 of 2)**                                3

Letter to Tony Brasel
March 18, 2005
Page 2 of 2

    6.    Copy of Subpoena for Deposition (Records Only) directed to the Indiana Secretary of State.

Thank you in advance for your time and cooperation.

                Very truly yours,

                Thomas E. McClure
                Attorney at Law

*TEM:cac*
*Enclosures as Stated*

**Exhibit "A" (Page 2 of 2)**