UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br><br>Defendants. | No.   04-2284 |

**NOTICE OF FILING/PROOF OF SERVICE**

I, Tony L. Brasel, hereby certify that I served a copy of the Rule 26 (a)(1) Voluntary Disclosures, on the below listed attorney for the Plaintiffs, by mailing same to him with proper postage affixed this 6th April, 2005.

        Thomas E. McClure
        Elliott & McClure
        18 Briarcliff Professional Center
        Bourbonnais, IL  60914

        s/Tony L. Brasel

        _____
        Tony L. Brasel
        Attorney for Defendants
        201 Park Place, Suite 12
        Bourbonnais, IL  60914
        Phone:  (815)937-9939
        Fax:  (815)937-9965
        Reg. No.:  00282960
        Email:  tlbrasel@daca.net