**E-FILED**
Friday, 15 April, 2005  01:25:02 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) | No.   04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING/PROOF OF SERVICE

I, Tony L. Brasel, hereby certify that I served a copy of the Answer to Plaintiff Rigoberto Lopez's First Request for Admission of Facts, Answer to Plaintiff Aquileo Arias's First Request for Admission of Facts, and Answer to Plaintiff Maria Santillan's First Admission of Facts, on the below listed attorney for the Plaintiffs, by mailing same to him with proper postage affixed this 15th of April, 2005.

Thomas E. McClure
Elliott & McClure
18 Briarcliff Professional Center
Bourbonnais, IL  60914

s/Tony L. Brasel

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net