IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |  |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, </br>     Plaintiffs, </br></br> v. </br></br> TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, </br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 04 - 2284 |

**PLAINTIFFS' WITHDRAWAL OF
MOTION TO COMPEL DISCOVERY AND FOR OTHER RELIEF**

Now come Plaintiffs, MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, by THOMAS E. McCLURE, their attorney and withdraw their Motion to Compel Discovery and for Other Relief. In support of withdrawing their motion, Plaintiffs state as follows:

1.      On March 30, 2005, Plaintiffs filed a Motion to Compel Discovery and for Other Relief.

2.      The basis for the motion was the Defendants' failure to comply with the automatic disclosure requirements pursuant to Rule 26.

3.      At the time of the filing of the motion on March 30, 2005, Defendants had made no disclosures to Plaintiffs.

4. Since the filing of the motion, Defendants furnished Plaintiffs with a disclosure statement along with the following documents:

   a. September 14, 2004 Notice of Reservation of Rights from Country Insurance to Bruce Schaafsma.

   b. October 1, 2004 Notice of Denial of Claim from Country Insurance to Bruce Schaafsma.

   c. May 27, 2004 letter from Country Companies to Arthur, Terry, and Bruce Schaafsma verifying insurance coverage for 1983 Ford and 2004 Ford.

   d. Declaration page of Country Insurance policy AA1487398 (renewal date 11/02/03).

5. Defendants' counsel Tony Brasel has advised Thomas E. McClure that he has no other documents required for disclosure pursuant to the automatic disclosure provisions of Rule 26.

WHEREFORE, Plaintiffs MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, withdraw their Motion to Compel Discovery and for Other Relief.

>MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, Plaintiffs,
>
>By: S/ Thomas E. McClure
>THOMAS E. McCLURE
>Attorney for Plaintiffs
>Elliott & McClure, P.C.
>18 Briarcliff Professional Center
>Bourbonnais, IL  60914
>815-935-1117
>Fax:  815-935-1141
>E-mail:  tkbbmac@keynet.net

**CERTIFICATE OF SERVICE**

  I, THOMAS E. McCLURE, certify that on April 15, 2005, I electronically filed the foregoing document with the Clerk of the United States District Court.

                S/Thomas E. McClure