**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

**OBJECTION TO REPORT AND RECOMMENDATION**

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a The Grand Farm and both d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this Objection to Report and Recommendation states as follows:

The Court in the Response and Recommendation states that the question of whether Plaintiffs were involved in activities covered by the AWPA at the time of the accident depends on facts that the Court cannot consider when ruling on a motion to dismiss on the pleadings. The Defendants do not disagree that the Court must accept as true all well-pleaded factual allegations and draw reasonable inferences in a light most favorable to the moving party. However, the Defendants would state that even after looking at the allegations in a light most favorable to the Plaintiffs, these facts still show that the AWPA does not apply.

As stated in paragraph 3 of the Motion to Dismiss, 29 USC 1841, provides in (a)(2) as follows:

> This section does not apply to the transportation of any migrant or seasonal agricultural worker on a tractor, combine, harvester, picker, or other similar machinery and equipment while such worker is actually engaged in the planting, cultivating, or harvesting of any agricultural commodity or the care of livestock or poultry.

When looking at the facts as shown by the attachment to the Motion, the Plaintiffs were engaged in farming operations, being transporting watermelons. This would not be an activity covered by the AWPA.

Further, only well plead facts are to be admitted for the Motion to Dismiss. It is not a well plead fact but only a conclusion to say that the Plaintiff's were ejected from the truck as a result of Calero's negligent driving. Therefore, this should not be considered as a well-pleaded fact.

In conclusion, your Defendant would state this action should not be filed in Federal Court by claiming violations of the AWPA. No violation of the AWPA existed even if you look at the allegations in a light most favorable to the Plaintiffs. This is an action that should have been filed in Kankakee County Circuit Court. The Defendants would request that the Motion to Dismiss be allowed and not denied.

s/Tony L. Brasel

---

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATION OF SERVICE**

I hereby certify that on April 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas E. McClure, tkbbmac@keynet.net.

s/Tony L. Brasel

_____
Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net