UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br><br>    Plaintiffs,<br><br>vs.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br><br>    Defendants. | Case No. 04-2284 |

## ORDER

On April 7, 2005, the Magistrate Judge filed a Report and Recommendation (#11) in the above cause. The Magistrate Judge recommended that the Defendants' Motion to Dismiss (#6) be DENIED.

On April 21, 2005, Defendants' filed their Objection to the Report and Recommendation (#14). This court has reviewed the Magistrate Judge's reasoning and the Defendants' Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss (#6) is DENIED.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 22nd day of April, 2005

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF JUDGE