E-FILED
Thursday, 05 May, 2005  02:22:49 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | Jury Demand |
| Defendants. | ) | |

**ANSWER TO COMPLAINT AT LAW**

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a The Grand Farm and both d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this Answer to Complaint at Law states as follows:

1. The Defendants deny the allegations contained in paragraph 1 of the Complaint.

2. The Defendants neither admit nor deny the allegations contained in paragraph 2 of the Complaint and demands strict proof thereof.

3. The Defendants neither admit nor deny the allegations contained in paragraph 3 of the Complaint and demands strict proof thereof.

4. The Defendants deny the allegations contained in paragraph 4 of the Complaint.

5. The Defendants deny the allegations contained in paragraph 5 of the Complaint.

6. The Defendants deny the allegations contained in paragraph 6 of the Complaint.

7. The Defendants deny the allegations contained in paragraph 7 of the Complaint.

8. The Defendants admit they reside in the Central District of Illinois, but deny the remaining allegations contained in paragraph 8 of the Complaint.

9. The Defendants deny the allegations contained in paragraph 9 of the Complaint.

10. The Defendants deny the allegations contained in paragraph 10 of the Complaint.

11. The Defendants deny the allegations contained in paragraph 11 of the Complaint.

12. The Defendants deny the allegations contained in paragraph 12 of the Complaint.

13. The Defendants deny the allegations contained in paragraph 13 of the Complaint.

14. The Defendants deny the allegations contained in paragraph 14 of the Complaint.

15. The Defendants deny the allegations contained in paragraph 15 of the Complaint.

16. The Defendants deny the allegations contained in paragraph 16 of the Complaint.

## FIRST CLAIM

1. – 16. The Defendants realleges and incorporates paragraphs 1 – 16 above as paragraphs 1 –16 of the First Claim.

17. The Defendants deny the allegations contained in paragraph 17 of the Complaint.

18. The Defendants neither admit nor deny the allegations contained in paragraph 18 of the Complaint and demands strict proof thereof.

19. The Defendants deny the allegations contained in paragraph 19 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

## SECOND CLAIM

1. – 16. The Defendants realleges and incorporates paragraphs 1 – 16 of the First Claim as paragraphs 1 –16 of the Second Claim.

17. The Defendants deny the allegations contained in paragraph 17 of the Complaint.

18. The Defendants deny the allegations contained in paragraph 18 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

### THIRD CLAIM

1. – 16.  The Defendants realleges and incorporates paragraphs 1 – 16 of the First Claim as paragraphs 1 –16 of the Third Claim.

17.  The Defendants deny the allegations contained in paragraph 17 of the Complaint.

18.  The Defendants deny the allegations contained in paragraph 18 of the Complaint.

19.  The Defendants deny the allegations contained in paragraph 19 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

### FOURTH CLAIM

1. – 16.  The Defendants realleges and incorporates paragraphs 1 – 16 of the First Claim as paragraphs 1 –16 of the Fourth Claim.

17.  The Defendants deny the allegations contained in paragraph 17 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

### FIFTH CLAIM

1. – 16.  The Defendants realleges and incorporates paragraphs 1 – 16 of the First Claim as paragraphs 1 –16 of the Fifth Claim.

17.  The Defendants deny the allegations contained in paragraph 17 of the Complaint.

18.  The Defendants deny the allegations contained in paragraph 18 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

### SIXTH CLAIM

1. – 16.  The Defendants realleges and incorporates paragraphs 1 – 16 of the First Claim as paragraphs 1 –16 of the Sixth Claim.

17.  The Defendants deny the allegations contained in paragraph 17 of the Complaint.

18. The Defendants deny the allegations contained in paragraph 18 of the Complaint.

19. The Defendants deny the allegations contained in paragraph 19 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

### SEVENTH CLAIM

1. – 16.  The Defendants realleges and incorporates paragraphs 1 – 16 of the First Claim as paragraphs 1 –16 of the Seventh Claim.

17. The Defendants deny the allegations contained in paragraph 17 of the Complaint.

18. The Defendants deny the allegations contained in paragraph 18 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

### EIGHTH CLAIM

1. – 16.  The Defendants realleges and incorporates paragraphs 1 – 16 of the First Claim as paragraphs 1 –16 of the Eighth Claim.

17. The Defendants deny the allegations contained in paragraph 17 of the Complaint.

18. The Defendants deny the allegations contained in paragraph 18 of the Complaint.

19. The Defendants deny the allegations contained in paragraph 19 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

**DEFENDANTS DEMAND TRIAL BY JURY.**

s/Tony L. Brasel

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATION OF SERVICE**

I hereby certify that on May 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas E. McClure, tkbbmac@keynet.net.

s/Tony L. Brasel

_____
Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net