E-FILED
Thursday, 05 May, 2005  03:42:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>       Plaintiffs,<br>   v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br>       Defendants. | No. 04 - 2284 |

### NOTICE OF DEPOSITION

TO:  TONY BRASEL                         MARILYNN MROZYNSKI
     *Attorney at Law*                   *Certified Shorthand Reporter*
     201 Park Place                      One Dearborn Square
     Suite 12                            Suite 510
     Bourbonnais, IL  60914              Kankakee, IL  60901

   DEPONENT:     TERRY SCHAAFSMA

**YOU ARE HEREBY NOTIFIED** that the undersigned will take the deposition of the above-named deponent before a notary public or any other duly authorized officer in the State of Illinois, on:

   DATE:  May 19, 2005                         TIME:     9:30 a.m.

   LOCATION:   Office of Marilynn Mrozynski, *Certified Shorthand Reporter*, One Dearborn Square, Suite 510, Kankakee, IL  60901

You are hereby further notified that the deponents will be commanded to produce all records, notes, letters, police reports, or any other document concerning the Plaintiff herein.  Documents mean all written or graphic matter or description -- however produced or reproduced; whether draft, original or reproduction or unidentical copy, signed or unsigned, approved, sent, received,

redrafted or executed -- including but not limited to, written or interoffice communication, letters, correspondence, memoranda, minutes, notes, films, recordings of any type, transcripts, contracts, agreements, quotes, purchase or sales orders, memoranda of telephone or personal conversations, diaries, reports, studies, photos, bills, receipts, checks, checkbooks, analyses or material similar to any of the foregoing -- however denominated, by whomever prepared, and to whomever addresses -- which are in the custody, possession, or control or to which you have, have had or can obtain access.

        MARIA SANTILLAN, as Special
Administrator of the ESTATE OF
ESEQUIEL SANTILLAN,  RIGOBERTO
LOPEZ, and  AQUILEO ARIAS,
Plaintiffs,

By: S/ Thomas E. McClure
THOMAS E. McCLURE
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net

**CERTIFICATE OF SERVICE**

    I, THOMAS E. McCLURE, certify that on May 5, 2005, I electronically filed the foregoing document with the Clerk of the United States District Court.

                S/ Thomas E. McClure
                THOMAS E. McCLURE
                Attorney for Plaintiffs
                Elliott & McClure, P.C.
                18 Briarcliff Professional Center
                Bourbonnais, IL  60914
                815-935-1117
                Fax:  815-935-1141
                E-mail:  tkbbmac@keynet.net