E-FILED
Monday, 23 May, 2005  10:22:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>        Plaintiffs,<br><br>    v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br>        Defendants. | No. 04 - 2284 |

## MOTION FOR LEAVE TO FILE
## FIRST AMENDED COMPLAINT

Now Come Plaintiffs, MARIA SANTILLAN as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS by THOMAS E. McCLURE, their attorney, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, move for leave to file their first amended complaint. In support of this motion, Plaintiffs state as follows:

1. The depositions of Defendants were taken on May 19, 2005.

2. As a result of information revealed during the deposition, Plaintiffs seek to make minor revisions to the original complaint.

3. The proposed first amended complaint is attached hereto.

4. This motion is filed prior to the June 1, 2005 deadline for amendment established in the Discovery Order entered on March 15, 2005.

        MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS,
        Plaintiffs,

        By: S/ Thomas E. McClure
        THOMAS E. McCLURE
        Attorney for Plaintiffs
        Elliott & McClure, P.C.
        18 Briarcliff Professional Center
        Bourbonnais, IL  60914
        815-935-1117
        Fax:  815-935-1141
        E-mail:  tkbbmac@keynet.net

## CERTIFICATE OF SERVICE

    I, THOMAS E. McCLURE, certify that on May 23, 2005, I electronically filed the foregoing document with the Clerk of the United States District Court.

        S/Thomas E. McClure