**E-FILED**
Friday, 17 June, 2005  03:58:50 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a  SCHAAFSMA VEGETABLE FARM, | ) ) ) ) | Jury Demand |
| Defendants. | ) | |

## ANSWER TO AMENDED COMPLAINT AT LAW

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a

Schaafsma Vegetable Farm, by and through their attorney, Tony L. Brasel, and in support of this

Answer to Amended Complaint at Law states as follows:

1.  The Defendants deny the allegations contained in paragraph 1 of the Complaint.

2.  The Defendants neither admit nor deny the allegations contained in paragraph 2 of the

Complaint and demands strict proof thereof.

3.  The Defendants neither admit nor deny the allegations contained in paragraph 3 of the

Complaint and demands strict proof thereof.

4.  The Defendants deny the allegations contained in paragraph 4 of the Complaint.

5.  The Defendants admit the allegations contained in paragraph 5 of the Complaint.

6.  The Defendants admit that Defendants, Terry and Bruce Schaafsma were citizens of

the State of Illinois, but deny that they "were agricultural employers" pursuant to Section

1802(2) of AWPA 29 USC 1802(2).

7.  The Defendants deny the allegations contained in paragraph 7 of the Complaint.

8.  The Defendants deny the allegations contained in paragraph 8 of the Complaint.

9.  The Defendants deny the allegations contained in paragraph 9 of the Complaint.

10.  The Defendants deny the allegations contained in paragraph 10 of the Complaint.

11.  The Defendants deny the allegations contained in paragraph 11 of the Complaint.

12.  The Defendants deny the allegations contained in paragraph 12 of the Complaint.

13.  The Defendants deny the allegations contained in paragraph 13 of the Complaint.

14.  The Defendants deny the allegations contained in paragraph 14 of the Complaint.

15.  The Defendants deny the allegations contained in paragraph 15 of the Complaint.

16.  The Defendants deny the allegations contained in paragraph 16 of the Complaint.

17.  The Defendants deny the allegations contained in paragraph 17 of the Complaint.

18.  The Defendants deny the allegations contained in paragraph 18 of the Complaint.

19.  The Defendants deny the allegations contained in paragraph 19 of the Complaint.

20.  The Defendants deny the allegations contained in paragraph 20 of the Complaint.

21.  The Defendants deny the allegations contained in paragraph 21 of the Complaint.

22.  The Defendants deny the allegations contained in paragraph 22 of the Complaint.

23.  The Defendants deny the allegations contained in paragraph 23 of the Complaint.

24.  The Defendants deny the allegations contained in paragraph 24 of the Complaint.

25.  The Defendants deny the allegations contained in paragraph 25 of the Complaint.

**FIRST CLAIM**

1. – 25.  The Defendants realleges and incorporates paragraphs 1 – 25 above as

paragraphs 1 –25 of the First Claim.

26.  The Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.  The Defendants deny the allegations contained in paragraph 27 of the Complaint.

28.  The Defendants deny the allegations contained in paragraph 28 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

## SECOND CLAIM

1. – 25.  The Defendants realleges and incorporates paragraphs 1 – 25 of the First Claim as paragraphs 1 –25 of the Second Claim.

26.  The Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.  The Defendants deny the allegations contained in paragraph 27 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

## THIRD CLAIM

1. – 25.  The Defendants realleges and incorporates paragraphs 1 – 25 of the First Claim as paragraphs 1 – 25 of the Third Claim.

26.  The Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.  The Defendants deny the allegations contained in paragraph 27 of the Complaint.

28.  The Defendants deny the allegations contained in paragraph 28 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

## FOURTH CLAIM

1. – 28.  The Defendants realleges and incorporates paragraphs 1 – 28 of the Third Claim as paragraphs 1 – 28 of the Fourth Claim.

29.  The Defendants deny the allegations contained in paragraph 29 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

## FIFTH CLAIM

1. – 25.  The Defendants realleges and incorporates paragraphs 1 – 25 of the First Claim as paragraphs 1 –25 of the Fifth Claim.

26.  The Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.  The Defendants deny the allegations contained in paragraph 27 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

## SIXTH CLAIM

1. – 25.  The Defendants realleges and incorporates paragraphs 1 – 25 of the First Claim as paragraphs 1 – 25 of the Sixth Claim.

26.  The Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.  The Defendants deny the allegations contained in paragraph 27 of the Complaint.

28.  The Defendants deny the allegations contained in paragraph 28 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

## SEVENTH CLAIM

1. – 25.  The Defendants realleges and incorporates paragraphs 1 – 25 of the First Claim as paragraphs 1 – 25 of the Seventh Claim.

26.  The Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.  The Defendants deny the allegations contained in paragraph 27 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

## EIGHTH CLAIM

1. – 25.  The Defendants realleges and incorporates paragraphs 1 – 25 of the First Claim as paragraphs 1 – 25 of the Eighth Claim.

26.  The Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.  The Defendants deny the allegations contained in paragraph 27 of the Complaint.

28.  The Defendants deny the allegations contained in paragraph 28 of the Complaint.

Wherefore, the Defendants pray that this case be dismissed.

**DEFENDANTS DEMAND TRIAL BY JURY.**

                                                s/Tony L. Brasel

                                      _____

                                      Tony L. Brasel
                                      Attorney for Defendants
                                      201 Park Place, Suite 12
                                      Bourbonnais, IL  60914
                                      Phone:  (815)937-9939
                                      Fax:  (815)937-9965
                                      Reg. No.:  00282960
                                      Email:  tlbrasel@daca.net

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | | |
|---|---|---|---|
| MARIA SANTILLAN, as Special | ) | | |
| Administrator of the Estate of ESEQUIEL | ) | | |
| SANTILLAN, Deceased, RIGOBERTO | ) | | |
| LOPEZ, and AQUILEO ARIAS, | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| vs. | ) | No. | 04-2284 |
| | ) | | |
| TERRY SCHAAFSMA and BRUCE | ) | | |
| SCHAAFSMA both d/b/a THE GRAND | ) | | |
| FARM and both d/b/a SCHAAFSMA | ) | | |
| FARM, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**CERTIFICATION OF SERVICE**

I hereby certify that on June 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Thomas E. McClure, tkbbmac@keynet.net.

s/Tony L. Brasel

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net