E-FILED
Monday, 04 July, 2005  09:51:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, <br>      Plaintiffs, <br><br>v. <br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, <br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 04 - 2284 |

### NOTICE OF DEPOSITION

TO:   TONY BRASEL
*Attorney at Law*
201 Park Place
Suite 12
Bourbonnais, IL  60914

DEPONENT:    DR. FRED LUCHETTE

**YOU ARE HEREBY NOTIFIED** that the undersigned will take the deposition of the above-named deponent before a notary public or any other duly authorized officer in the State of Illinois, on:

DATE:  August 29, 2005          TIME:     10:00 a.m.

LOCATION:  Office of Dr. Fred Luchette, 2160 S. First Avenue, Department of Surgery, Maywood, IL  60153

        MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS,
        Plaintiffs,

        By: S/ Thomas E. McClure
        THOMAS E. McCLURE
        Attorney for Plaintiffs
        Elliott & McClure, P.C.
        18 Briarcliff Professional Center
        Bourbonnais, IL  60914
        815-935-1117
        Fax:  815-935-1141
        E-mail:  tkbbmac@keynet.net

## CERTIFICATE OF SERVICE

      I hereby certify that on July 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tony L. Brasel.

        S/Thomas E. McClure
        THOMAS E. McCLURE #3124753
        Attorney for Plaintiffs
        Elliott & McClure, P.C.
        18 Briarcliff Professional Center
        Bourbonnais, IL  60914
        815-935-1117
        Fax:  815-935-1141
        E-mail:  tkbbmac@keynet.net