E-FILED
Tuesday, 23 August, 2005  10:00:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 04 - 2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF DEPOSITION

TO:   TONY BRASEL
      *Attorney at Law*
      201 Park Place
      Suite 12
      Bourbonnais, IL  60914

DEPONENT:    DR. RAJEEV PURI

**YOU ARE HEREBY NOTIFIED** that the undersigned will take the deposition of the above-named deponent before a notary public or any other duly authorized officer in the State of Illinois, on:

DATE:  October 17, 2005           TIME:     1:00 p.m.

LOCATION:  Orthopedic Associates of Kankakee, 400 S. Kennedy Drive, Suite 100, Bradley, IL  60915

        MARIA SANTILLAN, as Special
Administrator of the ESTATE OF
ESEQUIEL SANTILLAN, RIGOBERTO
LOPEZ, and AQUILEO ARIAS,
Plaintiffs,


By: S/ Thomas E. McClure
THOMAS E. McCLURE
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net

## CERTIFICATE OF SERVICE

     I hereby certify that on August 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tony L. Brasel.

  S/Thomas E. McClure
THOMAS E. McCLURE #3124753
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net