IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>        Plaintiffs,<br><br>v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br>        Defendants. | No. 04 - 2284 |

## NOTICE OF DEPOSITION

TO:   TONY BRASEL                           MARILYNN MROZYNSKI
      *Attorney at Law*                     *Certified Shorthand Reporter*
      201 Park Place                        One Dearborn Square
      Suite 12                              Suite 510
      Bourbonnais, IL  60914                Kankakee, IL  60901

   DEPONENT:     BILL DOUGLAS, CFO

**YOU ARE HEREBY NOTIFIED** that the undersigned will take the deposition of the above-named deponent before a notary public or any other duly authorized officer in the State of Illinois, on:

   DATE:  October 24, 2005                  TIME:     4:00 p.m.

   LOCATION:  Riverside Medical Center, 350 North Wall Street, Administrative Suite, Room ACR 1, Kankakee, IL  60901

MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, Plaintiffs,

By: S/ Thomas E. McClure
THOMAS E. McCLURE
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
 E-mail:  tkbbmac@keynet.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tony L. Brasel.

 S/Thomas E. McClure
THOMAS E. McCLURE #3124753
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net