IN THE UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF ILLINOIS  
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>    Plaintiffs,<br><br>v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 04 - 2284<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

TO:    TONY BRASEL                  MARILYNN MROZYNSKI  
       *Attorney at Law*             *Certified Shorthand Reporter*  
       201 Park Place                One Dearborn Square  
       Suite 12                         Suite 510  
       Bourbonnais, IL  60914      Kankakee, IL  60901

       DEPONENT:     SABRINA ELLIOTT

**YOU ARE HEREBY NOTIFIED** that the undersigned will take the deposition of the above-named deponent before a notary public or any other duly authorized officer in the State of Illinois, on:

       DATE:  October 31, 2005           TIME:     2:00 p.m.

       LOCATION:  Loyola University Medical Center, Patient Financial Services, Room 1633, 2160 S. First Avenue, Maywood, IL  60153

        MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS,
        Plaintiffs,


        By: S/ Thomas E. McClure
        THOMAS E. McCLURE
        Attorney for Plaintiffs
        Elliott & McClure, P.C.
        18 Briarcliff Professional Center
        Bourbonnais, IL  60914
        815-935-1117
        Fax:  815-935-1141
        E-mail:  tkbbmac@keynet.net


## CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tony L. Brasel.

        S/Thomas E. McClure
        THOMAS E. McCLURE #3124753
        Attorney for Plaintiffs
        Elliott & McClure, P.C.
        18 Briarcliff Professional Center
        Bourbonnais, IL  60914
        815-935-1117
        Fax:  815-935-1141
        E-mail:  tkbbmac@keynet.net