IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>    Plaintiffs, | )<br>)<br>)<br>)<br>)<br>) | |
| v. | ) | No. 04 - 2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

Now come the Plaintiffs, MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, by THOMAS E. McCLURE, their attorney, and move to continue the final pre-trial conference.  In support of this motion, Plaintiffs state as follows:

1.   This case is scheduled for final pre-trial conference for July 7, 2006 at 1:00 p.m.  The jury trial in this case is to scheduled to begin on July 31, 2006.

2.   Thomas E. McClure is counsel for the Plaintiffs in this case.

3.   Thomas E. McClure just learned that his father is scheduled for testing at the Mayo Clinic in Rochester, Minnesota during the period of July 5, 2006 through July 7, 2006.

4.   Mr. McClure's father is currently unmarried.  He has been diagnosed with primary systemic amyloidosis, a fatal disease.  He is dependent upon Thomas E. McClure to transport him to and from Rochester, Minnesota. Mr. McClure's father

needs for his son to accompany him to Mayo Clinic for testing during the July 5, 2006 through July 7, 2006 period.

5. Thomas E. McClure will be ready for jury trial on July 31, 2006 but is unable to attend the July 7, 2006 pretrial.

WHEREFORE, Plaintiffs, MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS pray that this court continue the final pretrial conference to a date after July 7, 2006 but prior to July 31, 2006.

> MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, Plaintiffs,
>
> By: S/ Thomas E. McClure
> THOMAS E. McCLURE
> Attorney for Plaintiffs
> Elliott & McClure, P.C.
> 18 Briarcliff Professional Center
> Bourbonnais, IL  60914
> 815-935-1117
> Fax:  815-935-1141
> E-mail:  tkbbmac@keynet.net

## CERTIFICATE OF SERVICE

I, THOMAS E. McCLURE, certify that on June 21, 2006, I electronically filed the foregoing document with the Clerk of the United States District Court.

> S/Thomas E. McClure