## Smith Economics Group, Ltd.
A Division of Corporate Financial Group
Economics / Finance / Litigation Support

Stan V. Smith, Ph.D.
President

August 29, 2005

Mr. Thomas E. McClure
Elliott & McClure
18 Briarcliff Professional Center
Bourbonnais, IL 60914

Re: Santillan

Dear Mr. McClure:

You have asked me to calculate the value of certain losses subsequent to the death of Esequiel Santillan. These losses are: (1) the loss of income, including: (a) the loss of wages; (b) the loss of social income; (2) the loss of replacement household/family services, including (a) the loss of housekeeping and household management services; (b) the loss of the advice, counsel, guidance, instruction and training services sustained by Mr. Santillan's surviving family; (c) the loss of accompaniment services sustained by Mr. Santillan's surviving family; (3) the loss of the value of life ("LVL"), also known as loss of enjoyment of life; and (4) the loss of the society or relationship sustained by Mr. Santillan's surviving family.

Esequiel Santillan was a 65.5-year-old, married male, who was born on April 10, 1939, and died on September 9, 2004. Mr. Santillan's remaining life expectancy is estimated at 16.4 years. This data is from the National Center for Health Statistics, United States Life Tables, 2002, Vol. 53, No. 6, National Vital Statistics Reports, 2004. I assume an estimated trial or settlement date of May 1, 2006.

In order to perform this evaluation, I have reviewed the following materials: (1) tax information from 1998 through 2001; (2) an interview with Carmen Santillan on August 25, 2005; and (3) the case information form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices, as well as studies regarding the value of life.

My estimate of the real wage growth rate is 1.25 percent per year. This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and Costs Index found at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the real increase in wages primarily for the last 20 years.

# SEG

My estimate of the real discount rate is 2.00 percent per year. This discount rate is based on the rate of return on 90 day U.S. Treasury Bills published in the Economic Report of the President for the real return on T-Bills primarily for the last 20 years. This rate is also consistent with historical rates published by Ibbotson Associates, Chicago, in its continuously updated series Stocks, Bonds, Bills and Inflation. This series, which acknowledges me as its founder and creator, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities. It is relied upon almost exclusively by academic and business economists, insurance companies, banks, institutional investors, CPA's, actuaries, benefit analysts, and economists in courts of law.

Estimates of real growth and discount rates are net of inflation based on the Consumer Price Index (CPI-U), published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0. The rate of inflation for the past 20 years has been 3.00 percent.

## I(A). LOSS OF WAGES AND EMPLOYEE BENEFITS - Full-Time Employment

Tables 1 through 7 show the loss of wages. Mr. Santillan recently began working for Schaafsma farm approximately one to two weeks prior to his death. According to Mr. Santillan's wife, Carmen, Mr. Santillan earned approximately $7.00 to $7.50 per hour and was scheduled to work 40 hours per week for approximately sixteen weeks per year. Since Mr. Santillan began his employment half-way through the 2004 season, he was expecting to work approximately 8 weeks during the first year.

The wage estimate assumes Mr. Santillan works 40 hours per week for sixteen weeks per year at an hourly wage rate of $7.25 per hour in year 2004 dollars.

Personal consumption is an offset of the income. I use a personal consumption offset based on a study by Earl F. Cheit, Injury and Recovery in the Course of Employment, (New York: John Wiley & Sons, Inc., 1961), pp. 78. For 2-adult households, the percentage-of-total-income spending exclusively for an adult ranges from 18 percent to 30 percent depending upon the number of children below the age of 22 in the household.

I assume full-time employment each year and show the accumulation through life expectancy. While these tables are calculated through the end of life expectancy, the losses from working full-time through any assumed retirement age can be read off the table.

## SEG

Based on the above assumptions, my opinion of the wage loss for full-time employment is $54,706 ► Table 7. This figure assumes full-time work to age 81.9, but any assumed retirement age may be read from Table 7. For example, the full-time employment wage loss to age 75 is $35,157.

### I(B). LOSS OF SOCIAL SECURITY INCOME

Tables 8 through 14 show the loss of social security income. Mr. Santillan began receiving social security benefits in 2001 at age 62. At the time of his death, Mr. Santillan received monthly social security benefits of $356 per month. I illustrate the loss at $356 per month in year 2004 dollars. Social security income is illustrated to increase by 2.7% in 2005 based on the actual COLA increase and by an estimated inflation rate of 2.5% in 2006. Future benefits are illustrated at zero percent real growth. I use the same assumptions described above for personal consumption.

Based on the above assumptions, and Mr. Santillan's life expectancy of 81.9, my opinion of the loss of social security income is $47,182 ► Table 14.

### II. LOSS OF REPLACEMENT SERVICES

The following sections estimate the value of replacement services provided to Esequiel Santillan's wife and children. These services do not include loss of love, care, or affection, etc., but are the tangible services, valued as if they were provided by a person unknown to the household. A discussion of these services can be found in the Household Replacement Services Appendix. The hourly value of these services grows at the same rate as wages and is discounted at the same rates as wages.

### II(A). LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOUSEHOLD MANAGEMENT SERVICES

Tables 15 through 17 show the loss of housekeeping and household management services. The number of hours of housekeeping and household management services, assuming Mrs. Santillan is not employed, is 2.0 hours per day. This data is based on a study by William H. Gauger and Katherine E. Walker, The Dollar Value of Household Work, Bulletin 60, New York State College of Human Ecology, Cornell University, Ithaca, NY, 1980. Housekeeping and household management services are valued at $7.26 per hour in year 1991 dollars, based on a study by Douglass, Kenney and Miller, "Which Estimates of Household Production are the Best?" Journal of Forensic Economics, Vol 4, No. 1, Winter 1990, pp. 25-45, and unpublished updates from the authors. I value such

3

SEG

services at their replacement cost which includes a minimum 50 percent hourly premium paid to agencies who supply such services on a part-time basis and who are responsible for insuring, bonding and vetting the part-time employee.

Based on these assumptions, and Mr. Santillan's life expectancy of 81.9 years, my opinion of the loss of the value of housekeeping and household management services is $217,864 ► Table 17.

### II(B). LOSS OF HOUSEHOLD/FAMILY ADVICE, COUNSEL, GUIDANCE, INSTRUCTION AND TRAINING SERVICES

Tables 18 through 47 show the pecuniary loss of advice, counsel, guidance, instruction and training services sustained by Mr. Santillan's wife and children. The method of valuing the economic loss of these services is recognized in the economic literature. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," *Journal of Forensic Economics*, Vol. 11, No. 3, Fall 1998, pp. 253-265. The hourly value of the loss is based on the mean hourly earnings of educational, vocational, and school counselors, marriage and family therapists, child, family and school social workers, social and human service assistants, clergy, directors of religious activities and education, coaches and elementary school teachers, which is $18.35 per hour in year 2004 dollars. These wage data are based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2004 National Occupational Employment and Wage Statistics found at www.bls.gov/oes. I value such services at their replacement cost which includes a minimum 50 percent hourly overhead premium paid to agencies who supply such services on a part-time basis and who are responsible for insuring, bonding and vetting the background, experience and training of the part-time employee.

Based on a benchmark loss of 1.0 hours per day for Mr. Santillan's wife and 1.0 hours per week for Maria, Ana and Claudia and 0.5 hours per week for Cecilla, Juan, Adriana, Gloria and Nora and 0.25 hours per week for Laura, my opinion of the loss of advice, counsel, guidance, instruction and training as a result of the death of Esequiel Santillan is as follows:

    $167,282 ► Table 20 for Carmen Santillan;
    $ 11,950 ► Table 23 for Cecilla Santillan;
    $ 23,906 ► Table 26 for Maria Santillan;
    $ 11,950 ► Table 29 for Juan Santillan;
    $ 23,906 ► Table 32 for Ana Pizano;
    $ 11,950 ► Table 35 for Adriana Santillan;
    $  5,971 ► Table 38 for Laura Vasquez;

4

## SEG

$ 11,950 ▸ Table 41 for Gloria Munoz;
$ 11,950 ▸ Table 44 for Nora Santillan;
$ 23,906 ▸ Table 47 for Claudia Santillan.

### II(C). LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES

Tables 48 through 74 show the pecuniary loss of accompaniment services sustained by Mr. Santillan's wife and children, except for Laura Vasquez. The method of valuing the economic loss of these services is recognized in the economic literature. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265. The hourly value of the loss of accompaniment is based on the mean hourly earnings of licensed practical and licensed vocational nurses and home health aides, which is $12.94 per hour in year 2004 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2004 National Occupational Employment and Wage Statistics found at www.bls.gov/oes. I value such services at their replacement cost which includes a minimum 50 percent hourly premium paid to agencies who supply such services on a part-time basis and who are responsible for insuring, bonding and vetting the part-time employee.

Based on a benchmark loss of 3.0 hours per day for Mr. Santillan's wife and 1.0 hours per day for Mr. Santillan's children, except for Laura Vasquez, my opinion of the loss of accompaniment as a result of the death of Esequiel Santillan is as follows:

$353,970 ▸ Table 50 for Carmen Santillan;
$117,989 ▸ Table 53 for Cecilla Santillan;
$117,989 ▸ Table 56 for Maria Santillan;
$117,989 ▸ Table 59 for Juan Santillan;
$117,989 ▸ Table 62 for Ana Pizano;
$117,989 ▸ Table 65 for Adriana Pizano;
$117,989 ▸ Table 68 for Gloria Munoz;
$117,989 ▸ Table 71 for Nora Santillan;
$117,989 ▸ Table 74 for Claudia Santillan.

### III. LOSS OF VALUE OF LIFE

Tables 75 through 77 show the loss of the value of life. Economists have long agreed that life is valued at more than the lost earnings capacity. My estimate of the value of life is based on many economic studies on what we, as a contemporary society, actually pay to preserve the ability to lead a normal life. The studies examine incremental pay for risky occupations as well as a multitude of data regarding expenditure for life

## SEG

savings by individuals, industry, and state and federal agencies. Based on the average value of a statistical life and life expectancy of 81.9 years, my opinion of the loss of the value of life for Esequiel Santillan is $1,854,831 ► Table 77.

My estimate of the value of life is consistent with estimates published in other studies that examine and review the broad spectrum of economic literature on the value of life. Among these is "The Plausible Range for the Value of Life," Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R. Miller. This study reviews 67 different estimates of the value of life published by economists in peer-reviewed academic journals. The results, in most instances, show the value of life to range from approximately $1.6 million to $2.9 million dollars in year 1988 after-tax dollars, with a mean of approximately $2.2 million dollars. In "The Value of Life: Estimates with Risks by Occupation and Industry," Harvard University, John M. Olin Center for Law, Economics, and Business, No. 442, May 2003, Professor W. K. Viscusi estimates the value of life to be approximately $4.7 million dollars in year 2000 dollars.

Because it is generally accepted by economists, the methodology used to estimate the value of life has been found to meet Daubert standards, as well as Frye standards and the Rules of Evidence in various states, by Federal Circuit and Appellate courts, as well as state trial, supreme and appellate courts nationwide. Testimony based on this peer-reviewed methodology has been admitted in over half the states in over 165 trials nationwide. Proof of general acceptance and other standards is found in a discussion of the extensive references to the scientific economic peer-reviewed literature on the value of life listed in the Value of Life Appendix to this report.

The underlying, academic, peer-reviewed studies fall into two general groups: (1) consumer behavior and purchases of safety devices; (2) wage risk premiums to workers; in addition, there is a third group of studies consisting of cost-benefit analyses of regulations. For example, one consumer safety study analyzes the costs of smoke detectors and the lifesaving reduction associated with them. One wage premium study examines the differential rates of pay for dangerous occupations with a risk of death on the job. Just as workers receive shift premiums for undesirable work hours, workers also receive a higher rate of pay to accept a increased risk of death on the job. A study of government regulation examines the lifesaving resulting from the installation of smoke stack scrubbers at high-sulphur, coal-burning power plants. As a hypothetical example of the methodology, assume that a safety device costs $460 and results in lowering a person's risk of premature death by one chance in 5,000. The cost per life saved is obtained by dividing $460 by the one in 5,000 probability, yielding $2,300,000. Overall, based on the peer-reviewed economic literature, I estimate the

6

## SEG

central tendency of the range of the economic studies to be approximately $3.7 million in year 2005 dollars.

### IV. LOSS OF SOCIETY OR RELATIONSHIP

Tables 78 through 107 show the loss of society or relationship sustained by Mr. Santillan's wife and children. The value of the loss of society or relationship by family members with the deceased can be based on a measure of the value of preserving the ability to live a normal life. This is discussed in the article, "The Relevance of Willingness-To-Pay Estimates of the Value of a Statistical Life in Determining Wrongful Death Awards," Journal of Forensic Economics, Vol. 3, No. 3, Fall, 1990, pp. 75-89, by L. G. Chestnut and D. M. Violette.

Based on a benchmark loss of 35 percent for Mr. Santillan's wife and 20 percent for Mr. Santillan's children, my opinion of the loss of relationship as a result of the death of Esequiel Santillan is as follows:

- $851,335 ▸ Table 80 for Carmen Santillan;
- $719,162 ▸ Table 83 for Cecilla Santillan;
- $736,206 ▸ Table 86 for Maria Santillan;
- $704,490 ▸ Table 89 for Juan Santillan;
- $775,956 ▸ Table 92 for Ana Pizano;
- $797,621 ▸ Table 95 for Adriana Pizano;
- $812,023 ▸ Table 98 for Laura Vasquez;
- $829,186 ▸ Table 101 for Gloria Munoz;
- $847,868 ▸ Table 104 for Nora Santillan;
- $882,988 ▸ Table 107 for Claudia Santillan.

---

A trier-of-fact may weigh other factors to determine if these estimated losses for Esequiel Santillan should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

In each set of tables, the estimated losses are calculated from September 9, 2004 through an assumed trial or settlement date of May 1, 2006, and from that date thereafter. The last table in each set accumulates the past and future estimated losses. These estimates are provided as an aid, tool and guide for the trier-of-fact.

All opinions expressed in this report are clearly labeled as such. They are rendered in accordance with generally accepted standards within the field of economics, and are expressed to a reasonable degree of economic certainty. Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions

Smith Economics Group, Ltd. ▪ 312-943-1551

## SEG

(but which can be viewed as hypothetical in nature) are also clearly identified.

If there is additional information which I have not yet taken into account and which could alter my opinions, please let me know so that I may incorporate any such information into an update of the opinions expressed in this report.

If any additional information becomes available in the future which could alter my opinions, again, please let me know so that I may incorporate any such information into an update of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

*Stan V. Smith*

Stan V. Smith, Ph.D.
President