**E-FILED**
Tuesday, 11 July, 2006 02:53:18 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

|  |  |  |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

### MOTION TO CONTINUE

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a The Grand Farm and both d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this Motion to Continue states as follows:

1. That this matter is currently set for trial beginning July 31, 2006.

2. That both Defendants, Bruce and Terry Schaafsma, are involved in the summer as vegetable farmers.

3. That their farming includes sweet corn and other crops that are harvested in the summer months, including August.

4. That the Defendants do not have any other person who can both supervise and perform the work necessary to maintain the vegetable farm.

5. That the Defendants would suffer a serious financial hardship should the trial proceed in the month of August.

6.  That the Defendants have also brought a suit against Country Companies and their agent in Kankakee County, Illinois.

7.  That the Defendants agent, John Schimmel, has filed a Motion for Summary Judgment claiming that if he did do anything wrong, such as telling the Defendants that the truck involved in this accident would have coverage reinstated automatically, that his actions would be binding upon Country Companies.

8.  That this Motion is set for hearing on July 26, 2006, before Judge Wenzelman.

9.  That whatever the ruling is that matter should be ready to set for hearing and if the Defendants are successful, Country Companies would provide coverage to the Defendants.

10.  That it would be in the best interests of all parties to have the matter pending in state court first.

11.  That this Motion is made in good faith and not with the intent to delay this proceeding.

WHEREFORE, your movant prays that this Motion to Continue be granted.

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

**UNITED STATES DISTRICT COURT**

# CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | | |
|---|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | | |
| Plaintiffs, | ) ) | | |
| vs. | ) ) | No.    04-2284 | |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | | |
| Defendants. | ) | | |

## CERTIFICATION OF SERVICE

I hereby certify that on July 11, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the

following:  Thomas E. McClure, tkbbmac@keynet.net.


s/Tony L. Brasel

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net