## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE
## FIRST AFFIRMATIVE DEFENSE

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma d/b/a The Grand Farm and d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and moves for leave to file their First Affirmative Defense a copy of which is attached hereto.

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATION OF SERVICE**

I hereby certify that on July 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas E. McClure, tkbbmac@keynet.net.

s/Tony L. Brasel

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL 60914
Phone: (815)937-9939
Fax: (815)937-9965
Reg. No.: 00282960
Email: tlbrasel@daca.net