## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

**FIRST AFFIRMATIVE DEFENSE**

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma d/b/a The Grand Farm and d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this First Affirmative Defense states as follows:

1. The sole proximate cause of Plaintiff's alleged injuries were the result of Plaintiff's own negligent acts or omissions, in that each Plaintiff committed one or more of the following negligent acts or omissions:

   a. Negligently rode to the field to dump rotten watermelons on the flatbed truck instead of using a van that was used for this purpose.

   b. Negligently stood on the back of the flatbed truck while being driven to and from a farm field.

   c. Negligently failed to exercise due care for his own safety so as to avoid injury to himself by standing on the bed of a flatbed truck while moving.

2. That the Plaintiff, Rigoberto Lopez, failed to exercise due care for his safety in that said Plaintiff consumed alcoholic beverages prior to this accident.

3. That the deceased Esequiel Santillan, failed to exercise due care for his safety in that said deceased consumed alcoholic beverages and benzodiazepines prior to this accident.

4. That the resulting injuries, if any, sustained by the Plaintiff's were directly, proximately and solely caused by each Plaintiff's own negligence and without any fault or negligence on the part of the Defendants.

WHEREFORE, the Defendants, Terry Schaafsma and Bruce Schaafsma d/b/a The Grand Farm and d/b/a Schaafsma Farm and d/b/a Schaafsma Farm, pray that judgment be entered in their favor and against the Plaintiffs, Maria Santillan, as Special Administrator of the Estate of Esequiel Santillan, Deceased, Rigoberto Lopez and Aquileo Arias, or in the alternative, if a judgment be entered in favor of the Plaintiffs and the jury determines that the Plaintiff's pro-rata share of liability to be fifty (50%) percent or less, that the judgment in favor of the Plaintiffs be reduced in proportion to the amount of contributory negligence attributable to the Plaintiffs.

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

**UNITED STATES DISTRICT COURT**

## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on July 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Thomas E. McClure, tkbbmac@keynet.net.

        s/Tony L. Brasel

        _____
        Tony L. Brasel
        Attorney for Defendants
        201 Park Place, Suite 12
        Bourbonnais, IL  60914
        Phone:  (815)937-9939
        Fax:  (815)937-9965
        Reg. No.:  00282960
        Email:  tlbrasel@daca.net