**E-FILED**
Thursday, 13 July, 2006  10:29:02 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special ) <br> Administrator of the Estate of ) <br> ESEQUIEL SANTILLAN, Deceased; ) <br> RIGOBERTO LOPEZ; and AQUIELO ) <br> ARIAS, ) <br>     Plaintiffs, ) <br> ) <br>        vs. ) <br> ) <br> TERRY SCHAAFSMA and BRUCE ) <br> SCHAAFSMA, ) <br>     Defendants. ) | CASE NO. 04-2284 |

**FILED**

**JUL 12 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## PRE-TRIAL ORDER

This matter having come before the Court at a pre-trial conference held pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1; and THOMAS E. McCLURE having appeared as counsel for the plaintiffs, and TONY L. BRASEL having appeared as counsel for the defendants, the following action was taken:

### I.    NATURE OF ACTION AND JURISDICTION

This is a personal injury and wrongful death action brought pursuant to the Migrant and Seasonal Agricultural Workers Protection Act, 29 U.S.C. §1801 et seq. and state common law. Jurisdiction is invoked under federal question and supplemental jurisdiction 28 U.S.C. §§1131 & 1367. The Court's jurisdiction is undisputed.

### II.    JOINT STATEMENT

#### A.    JURISDICTION

The court has jurisdiction over the subject matter of this action pursuant to the Migrant and Seasonal Agricultural Worker Protection Act, 29 U.S.C. §1854 & 28 U.S.C.

1

§1331. The court also has supplemental jurisdiction over the state common law claims pursuant to 28 U.S.C. § 1391(b).

    B.     UNCONTESTED ISSUES OF FACT

    1.     Maria Santillan is the special administrator of the Estate of Esequiel Santillan.

    2.     Terry Schaafsma and Bruce Schaafsma are co-owners of The Schaafsma Vegetable Farm, a vegetable farming operation located in rural Kankakee County, Illinois.

    3.     Terry and Bruce Schaafsma hired a number of Hispanic men on a seasonal basis to work at the Schaafsma Vegetable Farm.

    4.     Terry and Bruce Schaafsma paid their hired help cash and kept no financial or personnel records for these workers.

    5.     On September 8, 2004, Terry and Bruce Schaafsmas' workers included Esequiel Santillan, Rigoberto Lopez, Aquileo Arias, Jorge Calero, Fidel Lopez, and Alfredo Fredi.

    6.     On September 8, 2004, Terry and Bruce Schaafsma owned a 1983 Ford flatbed truck that they used for the farming operation at the Schaafsma Vegetable Farm.

    7.     The 1983 Ford flatbed truck has seating for the driver and one passenger in the cab of the vehicle and no individual seats on the flatbed.

    8.     The Schaafsmas' 1983 Ford truck did not have a protective railing around the perimeter of the flatbed.

2

9.      The Schaafsmas' 1983 Ford truck was not equipped with apparatus to secure cargo.

10.     On September 8, 2004, Bruce Schaafsma loaded crates of rotten melons onto the flatbed of the 1983 Ford truck.

11.     Jorge Calero drove the 1983 Ford truck on a public highway to the field where the watermelons were to be disposed. Alfredo Fredi sat next to Jorge in the cab. Esequiel Santillan, Rigoberto Lopez, Aquileo Arias, and Fidel Lopez stood on the flatbed with the melons.

12.     The workers dumped the rotten melons in the field.

13.     Jorge Calero drove the flatbed truck onto the public highway and headed back to the farm building. Alfredo Fredi sat in the cab while Esequiel Santillan, Rigoberto Lopez, Aquileo Arias, and Fidel Lopez stood on the flatbed with the empty crates.

14.     On the return trip, Esequiel Santillan, Rigoberto Lopez, and Aquileo Arias all fell off the flatbed.

15.     The three men were taken to Riverside Medical Center by ambulance.

16.     Esequiel Santillan died from injuries sustained from falling off the truck.

17.     Rigoberto Lopez suffered a laceration to his forehead, a chest wall contusion, and multiple fractures to his left leg as a result of the incident.

18.     Aquileo Arias fractured his left thumb and experienced contusions to both hands as a result of the fall from the truck.

3

C.   CONTESTED ISSUES OF FACT

1.   Whether Terry and Bruce Schaafsma breached any of the following duties imposed by the APWA:

a.   The duty to ensure that the driver of the vehicle used to provide transportation to Esequiel Santillan, Rigoberto Lopez, and Aquileo Arias satisfied the physical, health, and experience requirements prescribed by 29 C.F.R. §500.105;

b.   The duty to ensure that the driver of the vehicle used to provide transportation to Esequiel Santillan, Rigoberto Lopez, and Aquileo Arias has a valid and appropriate driver's license to operate the vehicle pursuant to 29 U.S.C. §1841(b)(1)(B) and 29 C.F.R. §500.105(b)(1)(iii)(E).

c.   The duty imposed by 29 C.F.R. §500.105(b)(2) and (3) to ensure that each person being transported be provided a seat meeting regulations, and be seated while transported.

d.   The duty imposed by 29 C.F.R. §500.105(2)(vii)(D) to provide adequate protection to passengers from injury as a result of the displacement of falling of articles of property stowed on a vehicle.

2.   Whether Bruce and Terry Schaafsma negligently entrusted the 1983 Ford truck to an unlicensed driver.

3.   Whether Jorge Calero was an agent of Bruce and Terry Schaafsma.

4.   Whether Jorge Calero operated the 1983 Ford flatbed truck in a negligent manner.

4

5.       Whether the medical bills incurred by Esequiel Santillan were reasonable.

6.       Whether the medical bills incurred by Rigoberto Lopez were reasonable.

7.       Whether the medical bills incurred by Aquileo Arias were reasonable.

8.       What amount of general damages is appropriate for Esequiel Santillan.

9.       What amount of general damages is appropriate for Rigoberto Lopez.

10.      What amount of general damages is appropriate for Aquileo Arias.

C1.      DEFENDANTS' PROPOSED ADDITIONAL ISSUE OF FACT

Whether the Plaintiffs were negligent in standing on the flatbed truck and whether the consumption of alcohol by Plaintiffs contributed to the accident.

Plaintiffs object to this proposed issue because it is not raised by the pleadings.

D.       CONTESTED ISSUES OF LAW

1.       Whether Esequiel Santillan, Rigoberto Lopez, and Aquileo Arias were "seasonal agricultural worker[s]" pursuant to Section 1802(10) of the Migrant and Seasonal Agricultural Worker Protection Act [the "AWPA"], 29 U.S.C. §1802(10).

2.       Whether Terry and Bruce Schaafsma were "agricultural employers" pursuant to Section 1802(2) of the AWPA, 29 U.S.C. §1802(2).

3.       Whether the estate of Esequiel Santillan is entitled to hedonic damages.

5

E.    JURY DEMAND

Both sets of parties demanded trial by jury.

III.    PLAINTIFFS' STATEMENT

A.    ITEMIZED    STATEMENT    OF    DAMAGES    FOR    ESEQUIEL
SANTILLAN

| | | | |
|---|---|---|---|
| 1. | Past medical bills | | $35,681.68 |
| 2. | Funeral and burial costs | | 7,910.31 |
| 3. | Loss of wages and benefits | | 35,157.00 |
| 4. | Loss of household/family housekeeping and home management services | | 217,864.00 |
| 5. | Loss of household/family guidance services | | 304,721.00 |
| 6. | Loss of household/family accompaniment services | | 1,297,882.00 |
| 7. | Loss of enjoyment of life | | 1,854,831.00 |
| 8. | Loss of relationship | | 7,956,835.00 |
| | Total | | $11,710,881.99 |

B.    ITEMIZED STATEMENT OF DAMAGES FOR RIGOBERTO LOPEZ

| | | |
|---|---|---|
| 1. | Past medical bills | $119,906.80 |
| 2. | Past wage loss | 5,200.00 |

6

| | | |
|---|---|---|
| 3. | Pain and suffering | 60,000.00 |
| 4. | Disability | 40,000.00 |
| 5. | Disfigurement | 20,000.00 |
| | Total | $245,106.80 |

C.    ITEMIZED STATEMENT OF DAMAGES FOR AQUILEO ARIAS

| | | |
|---|---|---|
| 1. | Past medical bills | $15,035.90 |
| 2. | Past wage loss | 2,600.00 |
| 3. | Past pain and suffering | 10,000.00 |
| 4. | Future pain and suffering | 5,000.00 |
| 5. | Loss of a normal life | 5,000.00 |
| | Total | $37,635.90 |

## IV.    EXHIBITS ATTACHED

The following are attached as exhibits to this order and are made a part hereof:

A.    Stipulation of Uncontested Facts and Issues of Law (signed by all parties).

B.    Plaintiffs' Witness List (for each plaintiff).

C.    Defendants' Witness List (for each defendant).

D.    Plaintiffs' Exhibit List (for each plaintiff).

E.    Defendants' Exhibit List (for each defendant).

F.    Joint Exhibit List

G.    Proposed Jury Instructions (Joint) (or Findings and Conclusions).

H.   Plaintiffs' Proposed Instructions (only if objections by defendant).

I.   Defendants' Proposed Instructions (only if objections by plaintiff).

## V.   GENERAL ADDITIONAL

The following additional action was taken:  Plaintiffs were given leave to file an amended complaint.  They filed their first amended complaint at law on June 25, 2006.

IT IS UNDERSTOOD BY THE PARTIES THAT:

The plaintiffs are limited to one expert witness whose name and qualifications have been disclosed to the defendants.  The defendants have no expert witness.

Any Trial Briefs or Motions in limine shall be submitted no later than fourteen (14) days prior to the commencement of the trial

A party may supplement a list of witnesses or exhibits only upon good cause shown in a motion filed and served upon the other parties prior to trial; except that, upon the developments of testimony fairly shown to be unexpected, any party may, with leave of court, call such contrary witnesses or use such exhibits as may be necessary to counter the unexpected evidence, although not previously listed, and without prior notice of any other party.

It is mutually estimated that the length of trial will not exceed eight full days.  The case will be listed on the trial calendar to be tried when reached.

This pre-trial order may be modified at the trial of the action, or prior thereto, to prevent manifest injustice.  Such modification may be made either on motion of counsel for any party or on the Court's own motion.

8

Any additional proposed jury instructions shall be submitted to the Court within five days before the commencement of the trial, but there is reserved to counsel for the respective parties the right to submit supplemental proposals for instructions during the course of the trial or at the conclusion of the evidence on matters that could not reasonably have been anticipated.

IT IS SO ORDERED:

ENTERED:  **7/12/06**

s/Michael P. McCuskey

JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

s/Thomas E. McClure
THOMAS E. McCLURE
Attorney for the Plaintiffs

s/Tony L. Brasel
TONY L. BRASEL
Attorney for the Defendants

9

**EXHIBIT A**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MARIA SANTILLAN, as Special            )
Administrator of the Estate of         )
ESEQUIEL SANTILLAN, Deceased;          )
RIGOBERTO LOPEZ; and AQUIELO           )
ARIAS,                                 )
    Plaintiffs,                        )
                                       )
          vs.                        )          CASE NO. 04-2284
                                       )
TERRY SCHAAFSMA and BRUCE              )
SCHAAFSMA,                             )
    Defendants.                        )

## EXHIBIT A: STIPULATION OF
## UNCONTESTED FACTS AND ISSUES OF LAW

Now come plaintiffs by THOMAS E. McCLURE, their attorney and the

defendants by TONY L. BRASEL, their attorney and pursuant to Rule 16 of the Federal

Rules of Civil Procedure and Local Rule 16.1, stipulate to the following uncontested facts

and issues of law:

### UNCONTESTED ISSUES OF FACT

1.    Maria Santillan is the special administrator of the Estate of Esequiel

Santillan.

2.    Terry Schaafsma and Bruce Schaafsma are co-owners of The Schaafsma

Vegetable Farm, a vegetable farming operation located in rural Kankakee County,

Illinois.

3.    Terry and Bruce Schaafsma hired a number of Hispanic men on a seasonal

basis to work at the Schaafsma Vegetable Farm.

1

4.      Terry and Bruce Schaafsma paid their hired help cash and kept no financial or personnel records for these workers.

5.      On September 8, 2004, Terry and Bruce Schaafsmas' workers included Esequiel Santillan, Rigoberto Lopez, Aquileo Arias, Jorge Calero, Fidel Lopez, and Alfredo Fredi.

6.      On September 8, 2004, Terry and Bruce Schaafsma owned a 1983 Ford flatbed truck that they used for the farming operation at the Schaafsma Vegetable Farm.

7.      The 1983 Ford flatbed truck has seating for the driver and one passenger in the cab of the vehicle and no individual seats on the flatbed.

8.      The Schaafsmas' 1983 Ford truck did not have a protective railing around the perimeter of the flatbed.

9.      The Schaafsmas' 1983 Ford truck was not equipped with apparatus to secure cargo.

10.     On September 8, 2004, Bruce Schaafsma loaded crates of rotten melons onto the flatbed of the 1983 Ford truck.

11.     Jorge Calero drove the 1983 Ford truck on a public highway to the field where the watermelons were to be disposed. Alfredo Fredi sat next to Jorge in the cab. Esequiel Santillan, Rigoberto Lopez, Aquileo Arias, and Fidel Lopez stood on the flatbed with the melons.

12.     The workers dumped the rotten melons in the field.

13.     Jorge Calero drove the flatbed truck onto the public highway and headed back to the farm building. Alfredo Fredi sat in the cab while Esequiel Santillan,

2

Rigoberto Lopez, Aquileo Arias, and Fidel Lopez stood on the flatbed with the empty crates.

    14.    On the return trip, Esequiel Santillan, Rigoberto Lopez, and Aquileo Arias all fell off the flatbed.

    15.    The three men were taken to Riverside Medical Center by ambulance.

    16.    Esequiel Santillan died from injuries sustained from falling off the truck.

    17.    Rigoberto Lopez suffered a laceration to his forehead, a chest wall contusion, and multiple fractures to his left leg as a result of the incident.

    18.    Aquileo Arias fractured his left thumb and experienced contusions to both hands as a result of the fall from the truck.

## ISSUES OF LAW

    1.    Whether Esequiel Santillan, Rigoberto Lopez, and Aquileo Arias were "seasonal agricultural worker[s]" pursuant to Section 1802(10) of the Migrant and Seasonal Agricultural Worker Protection Act [the "AWPA"], 29 U.S.C. §1802(10).

    2.    Whether Terry and Bruce Schaafsma were "agricultural employers" pursuant to Section 1802(2) of the AWPA, 29 U.S.C. §1802(2).

    3.    Whether the Estate of Esequiel Santillan is entitled to hedonic damages.

MARIA SANTILLAN, as Special
Administrator of the Estate of
ESEQUIEL SANTILLAN, Deceased;
RIGOBERTO LOPEZ; and AQUIELO
ARIAS, Plaintiffs

By\ **s/Thomas E. McClure**
THOMAS E. McCLURE, their attorney

TERRY SCHAAFSMA and BRUCE
SCHAAFSMA, Defendants.

By  **s/Tony L. Brasel**
TONY L. BRASEL, their attorney

3

# DUE TO PRIVACY ISSUES THE WITNESS

# LISTS HAVE BEEN REMOVED FROM THE

# FINAL PRETRIAL ORDER.

# THE WITNESS LISTS WILL BE MAILED

# CONVENTIONALLY TO ATTORNEYS OF

# RECORD AND/OR PRO SE PARTIES.

## EXHIBIT D: EXHIBIT LIST FOR PLAINTIFFS

| Case Name: | Case No.: | Page   of |
| --- | --- | --- |
| Santillan v. Schaafsma | 04-2284 | 1 of 6 |

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
| --- | --- | --- | --- | --- |
| 1 | Curriculum Vitae for Clifford B. Johnson, Jr., M.D. | X | | |
| 2 | Curriculum Vitae for Fred A. Luchette, M.D. | X | | |
| 5 | Curriculum Vitae for Rajeev Damian Puri, M.D. | X | | |
| 6 | Riverside Medical Center bill for Aquileo Luna (Arias) (Date of Bill 09-22-2004) | | | X |
| 7A | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 09-17-2004) | | | X |
| 7B | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 10-01-2004) | | | X |

1

| | Case Name: | Case No.: | Page   of |
| --- | --- | --- | --- |
| | Santillan v. Schaafsma | 04-2284 | 2 of 6 |

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
| --- | --- | --- | --- | --- |
| 7C | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 10-10-2004) | | X | |
| 7D | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 10-22-2004) | | X | |
| 7E | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 10-30-2004) | | X | |
| 7F | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 12-06-2004) | | X | |
| 7G | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 01-08-2005) | | X | |
| 7H | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 01-27-2005) | | X | |
| 7I | Riverside Medical Center bill for Rigoberto Lopez (Date of Bill 02-07-2005) | | X | |
| 8A | Riverside Medical Center bill for Esequiel Santillan (Date of Bill 09-25-2004) | | X | |
| 8B | Riverside Medical Center bill for Esequiel Santillan (Date of Bill 09-15-2004) | | X | |

2

**EXHIBIT D**

| Case Name: | Case No.: | Page of |
|---|---|---|
| Santillan v. Schaafsma | 04-2284 | 3 of 6 |

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 11 | Loyola University Physician Foundation bill for Esequiel to the estate of Santillan (Date of Bill 02-17-2005) | | X | |
| 12 | Loyola University Medical Center bill for Esequiel Santillan (Date of Bill 11-23-2004) | | X | |
| 13 | Loyola University Medical Center bill for Esequiel Santillan (Date of Bill 12-01-2004) | | X | |
| 14 | Carle Clinic Association Health Insurance Claim Form for Aquileo Arias (Dated 5-01-2005) | | X | |
| 15 | Carle Foundation Hospital Bill for Aquileo Arias (Date of Bill 02-11-2005) | | X | |
| 16 | Health Insurance Claim Form for Esequiel Santillan | | X | |
| 17 | Health Insurance Claim Form for Aquileo Luna (Arias) | | X | |
| 18 | Health Insurance Claim Form for Rigoberto Lopez (Dated 10-20-04 for $1127.00) | | X | |
| 19 | Health Insurance Claim Form for Rigoberto Lopez (Dated 10-20-04 for $103.00) | | X | |

3

**EXHIBIT D**

| Case Name: | Case No.: | Page of |
| --- | --- | --- |
| Santillan v. Schaafsma | 04-2284 | 4 of 6 |

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
| --- | --- | --- | --- | --- |
| 20 | Health Insurance Claim Form for Rigoberto Lopez (Dated 10-20-04 for $33.00) | | X | |
| 21 | Health Insurance Claim Form for Rigoberto Lopez (Dated 10-20-04 for $66.00) | | X | |
| 22 | Health Insurance Claim Form for Rigoberto Lopez (Dated 10-20-04 for $35.00) | | X | |
| 23 | Health Insurance Claim Form for Rigoberto Lopez (Dated 11-03-04) | | X | |
| 24A | Knapp Funeral Home Bill | X | | |
| 24B | Knapp Funeral Home Receipts | X | | |
| 25 | EPMG of Illinois bill for Esequiel Santillan (Date of bill 9-8-04) | | X | |
| 26A | Photograph of Esequiel Santillan with Daughter | X | | |
| 26B | Photograph of Esequiel Santillan at Picnic | X | | |
| 26C | Photograph of Esequiel Santillan Holding Baby | X | | |
| 27A | Photograph of Scene | X | | |
| 27 B | Photograph of Scene | X | | |
| 27C | Photograph of Scene | X | | |

4

**EXHIBIT D**

| | Case Name: | Case No.: | | Page | of |
|---|---|---|---|---|---|
| | Santillan v. Schaafsma | 04-2284 | | 5 of 6 | |

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 27D | Photograph of Scene | X | | |
| 27E | Photograph of Scene | X | | |
| 27F | Photograph of Scene | X | | |
| 27G | Photograph of Scene | X | | |
| 27H | Photograph of Scene | X | | |
| 27I | Photograph of Scene | X | | |
| 27J | Photograph of Scene | X | | |
| 27K | Photograph of Scene | X | | |
| 27L | Photograph of Scene | X | | |
| 27M | Photograph of Scene | X | | |
| 27N | Photograph of Scene | X | | |
| 27O | Photograph of Scene | X | | |
| 27P | Photograph of Scene | X | | |
| 28A | Photograph of Flatbed Truck | X | | |
| 28B | Photograph of Flatbed Truck | X | | |
| 28C | Photograph of Flatbed Truck | X | | |
| 28D | Photograph of Flatbed Truck | X | | |
| 28E | Photograph of Flatbed Truck | X | | |

5

**EXHIBIT D**

| Case Name: | Case No.: | Page of |
| --- | --- | --- |
| Santillan v. Schaafsma | 04-2284 | 6 of 6 |

| No.: | Description | Admit Without Objection | Authentication Waived | Objection |
| --- | --- | --- | --- | --- |
| 28F | Photograph of Flatbed Truck | X | | |
| 28G | Photograph of Flatbed Truck | X | | |
| 28H | Photograph of Flatbed Truck | X | | |
| 29A | Photograph of Rigoberto Lopez | X | | |
| 29B | Photograph of Rigoberto Lopez | X | | |
| 29C | Photograph of Rigoberto Lopez | X | | |
| 29D | Photograph of Rigoberto Lopez | X | | |
| 29E | Photograph of Rigoberto Lopez | X | | |
| 29F | Photograph of Rigoberto Lopez | X | | |
| 29G | Photograph of Rigoberto Lopez | X | | |
| 29H | Photograph of Rigoberto Lopez | X | | |
| 29I | Photograph of Rigoberto Lopez | X | | |
| 29J | Photograph of Rigoberto Lopez | X | | |
| 30 | Aerial Map of Farmstead | X | | |

6

**EXHIBIT E**

## EXHIBIT E: EXHIBIT LIST FOR DEFENDANTS

|      | Case Name:             | Case No.: |                            | Page    of                          |
|------|------------------------|-----------|----------------------------|-------------------------------------|
|      | Santillan v. Schaafsma | 04-2284   |                            | 1 of 1                              |

| No.: | Description                                                | Admit Without Objection | Authentication Waived Objection |
|------|------------------------------------------------------------|-------------------------|---------------------------------|
| 1.   | Photograph of Watermelon Crate                             |                         |                                 |
| 2.   | Blood Alcohol Level of Rigoberto Lopez                     |                         |                                 |
| 3.   | Blood/drug level of Esequiel Santillan                     |                         |                                 |
| 4.   | Written Statements of Aquileo Arias and Rigoberto Lopez    |                         |                                 |
| 5.   | Documents Provided to Dr. Stan Smith                       |                         |                                 |
| 6.   | Photograph of van owned by Terry and Bruce Schaafsma       |                         |                                 |

1

**EXHIBITS G, H, &I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| MARÍA SANTILLAN, as Special | ) | |
| Administrator of the Estate of ESEQUIEL | ) | |
| SANTILLAN, Deceased, RIGOBERTO | ) | |
| LOPEZ, and AQUILEO ARIAS, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04 - 2284 |
| | ) | |
| TERRY SCHAAFSMA and BRUCE | ) | |
| SCHAAFSMA both d/b/a THE GRAND | ) | |
| FARM and both d/b/a SCHAAFSMA | ) | |
| FARM, | ) | |
| Defendants. | ) | |

### EXHIBITS G, H, & I: JURY INSTRUCTIONS

The parties submit no jury instructions at this time but will tender instructions once the court has ruled upon Defendants' request to plead their proposed first affirmative defense.