UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased; RIGOBERTO LOPEZ; and AQUIELO ARIAS,<br>    Plaintiffs,<br><br>        vs.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 04-2284<br>)<br>)<br>)<br>)  |

**MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTION IN LIMINE**

Now come Plaintiffs, MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, by THOMAS E. McCLURE, their attorney and as their memorandum of law in opposition to defendants' motion in limine, state as follows:

BACKGROUND

Plaintiffs disclosed economist Dr. Stan Smith as an expert witness. Dr. Smith will testify as to damages incurred by the family of the late Esequiel Santillan. His report reveals the bases for his opinions. He will offer opinions on the following components of economic loss: (1) loss of wages and benefits; (2) loss of household/family housekeeping and home management services; (3) loss of household/family guidance services; (4) loss of household/family accompaniment services; (5) loss of enjoyment of life; and (6) loss of relationship.

It appears that defendants have moved in limine to exclude any testimony by Dr. Smith.

ARGUMENT

The motion in limine should be denied. Defendants give no reason to reject Dr. Smith's testimony as to a substantial majority of his anticipated testimony. There is insufficient evidence before the court to determine whether Dr. Smith's opinions as to hedonic damages should be barred.

Defendants argue that Dr. Smith's testimony does not meet the standards set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993). In support of their motion, they rely on *Ayers v. Robinson*, 887 F. Supp. 1049 (N.D. IL 1995). Defendants offer no analysis of the specific opinions that plaintiffs intend to elicit form Dr. Smith in the case at bar.

In *Ayers*, District Judge Milton Shadur found that Dr. Smith's anticipated testimony concerning hedonic damages did not pass the *Daubert* test and barred the testimony. Judge Shadur's discussion dealt exclusively with hedonic damages, and therefore, he did not exclude Dr. Smith's testimony concerning other economic issues. Thus, *Ayers* does not stand for the proposition that all of Dr. Smith's proposed testimony should be barred. At most, *Ayers* is limited to expert economist testimony regarding hedonic damages.

The "hedonic value of life is defined as the value of the pleasure, the satisfaction, or the utility that human beings derive from life, separate and apart from the labor or earning value of life." *Ayers*, 887 F. Supp. at 1051. The Seventh Circuit has determined that hedonic damages are recoverable by an estate in a Section 1983 case. *Sherrod v.*

*Berry*, 827 F.2d 195, 205 (7th Cir. 1987) rev'd on other grounds, 856 F.2d 802 (7th Cir. 1988) (en bank decision).

In the case at bar, defendants have failed to identify the specific opinions of Dr. Smith that they seek to exclude. They do not counter the bases for the opinions that he presents in his report. They do not make any showing that the assumptions upon which Judge Shadur's ruling were based are currently accepted in the field of economists. Essentially, defendants do not provide the data on which a proper *Daubert* analysis can be made.

## CONCLUSION

Insufficient analysis is offered by defendants to justify the exclusion of Dr. Smith's opinions on hedonic damages. Moreover, no basis at all is presented to bar the remaining anticipated testimony of Dr. Smith. Accordingly, the motion in limine should be denied.

> MARIA SANTILLAN, as Special Administrator of the ESTATE OF ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, Plaintiffs,
>
> By: S/ Thomas E. McClure
> THOMAS E. McCLURE
> Attorney for Plaintiffs
> Elliott & McClure, P.C.
> 18 Briarcliff Professional Center
> Bourbonnais, IL  60914
> 815-935-1117
> Fax:  815-935-1141
> E-mail:  tkbbmac@keynet.net

## **CERTIFICATE OF SERVICE**

    I, THOMAS E. McCLURE, certify that on July 25, 2006, I electronically filed the foregoing document with the Clerk of the United States District Court.

                                                    S/Thomas E. McClure