## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

### MOTION FOR LEAVE TO AMEND
### MOTION IN LIMINE

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a The Grand Farm and both d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this Motion for Leave to Amend Motion in Limine states as follows:

1.  That the Defendants have previously filed a Motion in Limine to Bar the testimony of Dr. Stan Smith.

2.  That the Defendants would ask for leave of Court to amend said Motion.

3.  That the Defendants if granted leave would provide information from a Professor of Economics concerning the opinion of Dr. Smith.

4.  That the Defendants would request 14 days to present said report and to file the Amended Motion in Limine.

WHEREFORE, your movant prays that this Motion for Leave to Amend Motion in Limine be granted and the Defendants be granted 14 days to file said Amended Motion in

Limine.

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATION OF SERVICE**

I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Thomas E. McClure, tkbbmac@keynet.net.

s/Tony L. Brasel

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net