E-FILED
Thursday, 31 August, 2006  03:07:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO AMEND
MOTION IN LIMINE**

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a The Grand Farm and both d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this Motion for Leave to Amend Motion in Limine states as follows:

1.  That the Defendants have previously filed a Motion in Limine to Bar the testimony of Dr. Stan Smith.

2.  That the Defendants would ask for leave of Court to amend said Motion.

3.  That the Defendants would ask that the Curriculum Vitae and report of Dr. Edward Sattler be attached and made part of the previous Motion in Limine and Marked Exhibit A and B.

WHEREFORE, your movant prays that this Motion for Leave to Amend Motion in Limine be granted.

                                                                                                  _____  
                                                                                                  Tony L. Brasel  
                                                                                                  Attorney for Defendants  
                                                                                                  201 Park Place, Suite 12  
                                                                                                  Bourbonnais, IL  60914  
                                                                                                  Phone:  (815)937-9939  
                                                                                                  Fax:  (815)937-9965  
                                                                                                  Reg. No.:  00282960  
                                                                                                  Email:  tlbrasel@daca.net

**UNITED STATES DISTRICT COURT**

CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

CERTIFICATION OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Thomas E. McClure, tkbbmac@keynet.net.

        s/Tony L. Brasel

        _____
        Tony L. Brasel
        Attorney for Defendants
        201 Park Place, Suite 12
        Bourbonnais, IL  60914
        Phone:  (815)937-9939
        Fax:  (815)937-9965
        Reg. No.:  00282960
        Email:  tlbrasel@daca.net