## VITA

### EDWARD L. SATTLER

Address: 228 Whispering Oaks Dr.  
Metamora, IL  61548

Telephone: Home - (309) 383-4059  
Office - (309) 677-2995

**Personal Data:**
Born October 18, 1945, married, three children

**Education:**
Ph.D., 1979, University of Illinois, Economics  
M.A., 1975, University of Illinois, Economics  
1972-73, University of Illinois Law School  
M.A., 1968, Western Michigan University, Economics  
B.B.A., 1967, Western Michigan University, Accounting

**Fields of Concentration:**
Industrial Organization, Managerial Economics, Micro Economic Theory, Applied Micro Economic Theory, and Law and Economics

**Professional Experience:**

2001 to Present, Associate Dean and Director of Graduate Programs, Foster College of Business at Bradley University  
2000-2001, Interim Associate Dean and Director of Graduate Programs, Foster College of Business at Bradley University  
1996, Full Professor, Bradley University  
1988-1992, Director, Bradley University Center for Economic Education  
1990-Spring, Acting Chairman, Economics Department, Bradley University  
1982-1996, Associate Professor, Bradley University  
1977-1982, Assistant Professor, Bradley University  
1973-1976, Research Assistant, Bureau of Business and Economic Research University of Illinois, staff writer for a series of articles in the *Illinois Business Review*  
1971-1972, Assistant Professor, Tougaloo College  
1970-1971, Visiting Instructor, Nebraska Wesleyan University  
1968-1970, Instructor, Wisconsin State University, Whitewater  
1967-1968, Research Assistant, Western Michigan University  
1966-1967, (Summers) Accounting Intern, Pontiac Motor Div., General Motors

Exhibit A

Courses Taught:
    Since 1976: Micro Economic Principles, Law and Economics, Managerial Economics (Undergraduate and Graduate), Industrial Organization, Senior Seminar (paper), Intermediate Micro Theory, Economic Education courses, Executive Development courses, Russian Managers course

    Prior to 1976: Micro and Macro Economic Principles, Intermediate Micro Theory, International Trade, Comparative Systems, and History of Economic Thought (all undergraduate)

Fellowships, Awards, Organizations:
    National Council of Advisors Scholarship Award for the Foster College of Business (2000)
    Foster College of Business Administration Outstanding Advisor (1999)
    Richard D. Irwin Award for the Best Paper at the Midwest Business and Economics Association Meetings (1995)
    1987 Midwest Grain Products Teaching Award - Outstanding Teacher in the Business College
    Foster College of Business Administration Outstanding Advisor Award (1999)
    American Economic Association
    Midwest Economic Association
    Midwest Business Administration Association
    Missouri Valley Economic Association
    National Association of Forensic Economists
    Moore Award, Outstanding Economics Graduate Student at Western Michigan University, 1968.
    Outstanding Business Student, Western Michigan University, 1967
    Economics Honorary Fraternity (ODE)
    Accounting Honorary Society
    Phi Eta Sigma, Freshman Honorary
    Phi Kappa Phi, Academic Honorary Society
    Beta Gamma Sigma, Business Honorary Society

Refereed Journal Articles:

    "The Capacity Decision When Product Demand is Uncertain: A Timing Problem Approach when Product Demand is Uncertain" (with D. Quigg, B. Scott, & J. Highfill) accepted by the Journal of Economics on 11/5/99.

- 2 -

"Calculating Net Discount Rates-It's Time to Recognize Structural Changes: A Comment and Extension", Journal of Forensic Economics, Fall 1997 (with Phil Horvath)

"The Market for Expert Witnesses", Journal of Economics, Fall, 1996 (with Deanne M. Short)

"A Hotel Capacity Utilization Model", Journal of Economics, Fall, 1995, (with Bob Scott and Jann Highfill)

"The Theory of List Price", The Journal of Economics (Spring 1995)(with Bob Scott)

"Multiple Worker Households and Multiple Job Holding: Rapid v Flexible Hours, The American Economist (Spring 1995) (with Jann Highfill and Joe Felder)

"The Importance of the Selection Process in Maintaining Expert Credibility: A Guideline for Choosing the Economist", Journal of Legal Economics, December 1992 (with Walter Johnson)

"An Economist's Guide to Selecting and Using the Economic Expert", Trial, November 1992. (with Walter Johnson)

"It's Only Dollars! But There Are Ways to Minimize Them", Defense Counsel Journal, July 1992

"Economists, Ethics, and the Marketplace", Journal of Forensic Economics, 4 (Fall, 1991)

"Advantage to a Risk Neutral Firm of Flexible Resources Under Demand Uncertainty" Southern Economic Journal, April, 1988, (with Robert Scott and Jannett Highfill)

"Economic Realities of Special Education, "Teacher Education and Special Education, Spring, 1985 (with Joan Sattler)

"Catastrophe Theory in Economics,"Journal of Economic Education, Summer, 1983 (with Robert Scott)

"Price and Output Adjustments in the Two-Plant Firm,"Southern Economic Journal, April, 1982 (with Robert Scott)

Holding Companies and Regulated Industries,"Texas Business Review, January/February, 1982

"Diversified Holding Companies and Their Impact on the Railroad Industry," Transportation Journal, Fall, 1980. Also in Rail Mergers and Formation of the

- 3 -

Burlington Northern Holding Company, Committee on the Judiciary, United States Senate, 1982.

Other Publications and Writing:

Introduction to Economics, 1995-98, Written and revised a 35 page single spaced text used in teaching Effective Management for the Mid-Sized Company.

Intermediate Micro-Economics Supplement, 1995-98, Written and revised a 40 page single spaced supplement used in my Intermediate Micro-Economics Course

Managerial Economics Supplement, 1994-98, Written and revised a 40 page single-spaced supplement used in my Managerial Economics Course

"Multiple Worker Households and Multiple Job Holding: Rigid v Flexible Hours, The National Social Science Perspectives Journal, (Vol 8, no. 1) February, 1993 (with Jann Highfill and Joe Felder).

Reviewer; Journal of Legal Economics, 1991-Present

Reviewer; Journal of Forensic Economics, 1988-Present

Reviewed ten textbooks in Managerial Economics, 1990- Present.

Reviewed Pindyck and Rubinfeld's Microeconomics, 1988.

Reviewed five textbooks in Managerial Economics and Industrial Organization, 1987 to 1989.

Reviewed Albert Link's Managerial Economics for Addison-Wesley, 1986

Reviewed Economic Principles (Micro) text for Worth Publishers, 1986

Reviewed Larry Pepper's and Dale Bail's Managerial Economics for Prentice-Hall, 1985

"Economic Realities in Communicative Sciences and Disorders" Proceedings of the National Council of Graduate Programs in Speech and Language, Pathology and Audiology Convention, 1983

"Catastrophe Theory in Economics," Working Paper for the College of Business at Bradley University, April 1983 (with Robert Scott)

"Competitive Impact of Health Maintenance Organizations," Working Paper for the College of Business at Bradley University, February 1983 (with Mark Grube)

- 4 -

Review Robert Rooney's manuscript of Managerial Economics for MacMillan, July, 1982

"Target Industry Analysis: Recommendations for the Peoria SMSA," A report prepared for the Institute for Urban Affairs and Business Research at Bradley University, 1982 (with Robert Scott)

"HMO's in Theory and Practice," Proceedings of the Illinois Economic Association, 1982 (with Mark Grube)

"Statement on the Burlington Northern Holding Company," Rail Mergers and Formation of the Burlington Northern Holding Company, Committee on the Judiciary, United States Senate, 1982

Testified before the Committee on the Judiciary, United States Senate in Hearings on Rail Mergers and Formation of the Burlington Northern Holding Company, March 26, 1982

Review Peter Asch's manuscript for Economics Theory and the Antitrust Dilemma for John Wiley, November, 1981

Reviewed Mixon and Uri's Managerial Economics for MacMillan, July, November, 1981

Reviewed Joe Bain's Industrial Organization for possible revision, November, 1981

Reviewed a proposed Managerial Economics Text for MacMillan, October, 1981

"Price and Output Adjustments in the Two-Plant Firm - An Application of Catastrophe Theory," Working Paper for the College of Business at Bradley University, March, 1981 (with Robert Scott)

Reviewed Peter Asch's Economic Theory and the Antitrust Dilemma for possible revision for John Wiley, July, 1980

"Diversified Holding Companies and Their Impact on the Railroad Industry," Working Paper for the College of Business at Bradley University, February, 1980

Reviewed the Albrecht principles text comparing it to the Mansfield text for Prentice-Hall, May, 1979

Editor of the Peoria Business Indicators (PBI) from September, 1980, to June, 1982. Member of the PBI editorial board from 1978 to 1982. The PBI was a monthly publication presenting and analyzing economic indicators for the Peoria metropolitan area.

Staff writer for a series of monthly articles analyzing industries in Illinois in the Illinois Business Review at the University of Illinois, 1972-1976

Convention Activities:

Member of Roundtable discussion "Challenges for Economists as Litigation Consultants and Expert Witnesses" at the Missouri Valley Economic Meetings in February 2000.

"Impropriety and Immeasurability of The (I-g) Differential for Calculating Future Earnings" (with Phil Horvath) at the Missouri Valley Economic Meetings in February 1999.

"The Determination of Discount Rates for Lost Wages: A Fisher/Yield-Curve Approach", (with Phil Horvath) presented at Missouri Valley Economic Association Meetings February 27, 1998.

"The Capacity Decision When Product Demand is Uncertain" (with Dave Quigg, Bob Scott, and Jan Highfill) Presented at the Atlantic Economic Society at the American Economic Association meetings (by Bob Scott) in January 1998.

Presented "The Market for Expert Witnesses" at the Midwest Business and Economics Association Meetings, March, 1995. (with Deanne Short)

Presented "List Price with Stochastic Negotiation Strategy" at the Missouri Valley Economic Association Meetings, February, 1995. (with Bob Scott)

Presented "A Hotel Capacity Utilization Model" at the Missouri Valley Economic Association Meetings, February, 1995 (with Bob Scott and Jann Highfill).

Presented "The Market for Expert Witnesses" at the Missouri Valley Economic Association Meetings, February, 1995. (with Deanne Short)

Presented "List Price Theory" at the Midwest Business Administration Association Meetings, March, 1994. (with Bob Scott)

Discussed an Industrial Organization paper at the Midwest Business Administration Association Meetings, March, 1994.

Presented "List Price Theory" at the Missouri Valley Economic Association Meetings, February, 1994. (with Bob Scott)

Presented "An Economist's Guide to Selecting and Using the Economic Expert" (with

- 6 -

Walter Johnson), at the Southern Economic Association Meetings, November 29, 1991.

Presented "Ethics, Economists, and the Marketplace" at the Midwest Economics Association Convention, April 1991

Presented "Special Allowances for the Personal Consumption Allowance" at the Midwest Business Association Convention, March 1986

Presented "The Impact of Public Utility Holding Companies - Positive or Negative?" at the Missouri Valley Economic Association Convention, March, 1986.

Discussed two applied microtheory papers at the Midwest Economics Convention, April, 1985

Presented "Price and Output Adjustments in the Two-Plant Firm" at the Missouri Valley Economics Convention, March, 1985 (with Robert Scott)

Presented "Economics Realities in Communicative Sciences and Disorders" to The National Council of Graduate Programs in Speech and Language Pathology and Audiology Convention, May, 1983

Presented "Holding Company Diversification in Regulated Industries" at the Eastern Economic Association Convention, March, 1983

Presented "HMO's in Theory and Practice" at the Missouri Valley Economic Association Convention, March, 1983

Presented "HMO's in Theory and Practice" at the Illinois Economic Association Convention, September, 1982 (with Mark Grube)

Presented "Antitrust: A Dead Issue?" at the Central Illinois Economic Symposium Meetings, April, 1982

Presented "Price and Output Adjustments in the Two-Plant Firm: An Application of Catastrophe Theory" at the Midwest Economic Association Convention, April, 1981 (with Robert Scott)

Presented "Diversified Holding Companies and Their Impact on the Railroad Industry," at the Western Economic Association Convention, June, 1980

Discussed two papers on health economics at the Midwest Economics Association Meetings, April, 1980, and at the Western Economic Association Meetings, June, 1980.

Other Research and Professional Activity:

    Testified as an expert witness on more than 50 occasions since 1979.

    Testimony in Federal Court in Peoria, Illinois and Springfield, Illinois. Also testified in the following County Courts: Peoria, Woodford, Tazewell, Macon, and Fulton

    Consulted on over 300 wrongful death or injury cases as an economic expert, 1979 to Present

    Consulted on three antitrust/breach of contract business damage cases.

    Consulted on an antitrust case involving the Peoria Park District, May, 1979

    Testified as an expert witness in Federal Court in Springfield, Illinois, May, 1979

    Selected by University of Chicago Graduate School of Business to attend a three week seminar entitled "Recent Development in Applied Economics" at the University of Chicago, July 16, 1980 to August 15, 1980

    Member of the Certificate of Need Committee, Central Illinois Health Systems Agency, 1982-1985

    Member; Health Maintenance Organization Board, Central Illinois Health Systems Agency 1978- 1982

Professional Service:

University:
Academic Review Board (1995-Present)
Graduate Executive Committee (1998-Present)
Review Committee for RFP's (Spring 1999)
Affirmative Action Committee (1994-1996)
General Education Committee (1995-1998)
Senate 4 years (87-88;94-95)
Faculty Grievance Committee 2 years (81-82)
Academic Grievance Committee 3 years (84-86)
Board for Research and Creative Development 8 years (83-90)
Honors Program Ad Hoc Committee 1 year (1985)
Study Abroad Committee 6 years (88-93)
Internationalization Committee 3 years (89-91)
European Semester Subcommittee, Chair 1 year (1988)
Interviewed 14 United Kingdom Universities for Study Abroad Status 2 years (90-91)
Committee to Develop Improved Grievance Procedures 2 years (93-94)
Tenure, Promotion, and Dismissal Committee 3 years Chaired (92-93) and 1994

College:

    Demand Evaluation for the Executive-MBA Committee (1999-Present)
    Sabbatical Leave Committee 5 years (93-97; 99-Present)
    Graduate College Committee (1999-Present)
    College Awards Committee (1999)
    Associate Editor and Editor of the <u>Peoria Business and Economic Indicators</u> College publication (with Phil Horvath) 3 years (80-81;89)
    College of Business Curriculum Committee 11 years (80-90); Chaired the committee 10 years (81-90)
    College of Business Night Curriculum Ad Hoc Committee 1 year (1985)
    Director of the Center for Economic Education in the College of Business 5 years (88-92)
    College of Business Committee to Reconsider the Undergraduate Curriculum 1 year (1994)

Department:

    Economics Department; I have served on numerous subcommittees and been leader in curriculum development in the department. The many subcommittees and tasks performed are too numerous to list
    Coordinated the Economic Symposium Series 4 years (78-81)
    Acting Economics Department Chairman 1 Semester (Spring 1990)
    Coordinator of the Departmental Visiting Economist Series (1993-Present)

Community:

    Central Illinois Health Board for Alternative Systems 2 years (80-81)
    Central Illinois Certificate of Need Board 3 years (81-83)
    Central Illinois Health Planning Agency 2 years (85-86)

Current Research:

    List Price Theory

    Expert Witness Market Analysis

    Real Interest Rates

June, 2004

*Edward L. Sattler, Ph.D.*

Office: (309) 677-2995  
Fax: (309) 677-3374  
Home: (309) 383-4059

**ECONOMIC**

**CONSULTANT**

Department of Economics  
Bradley University  
Peoria, IL 61625

August 30, 2006

Mr. Tony L. Brasel  
201 Park Place  
Suite 12  
Bourbonnais, IL 60914

Dear Mr. Brasel:

I have reviewed the economic opinion delivered in the Santillan v. Schaafsma by Dr. Stan Smith. In my 26 years working as a forensic economist this opinion is notable for its lack of scientific and forensic support.

I agree with Dr. Smith on his 2% real net discount rate and his household service contribution seems to be reasonable. His wage loss calculation is bizarre by taking Mr. Santillan work to his age of death at age 82 when the worklife tables suggest fours years of worklife; or to age 69 or less.

Dr. Smith's hedonic value of life calculations and value of relationship and advice and counsel calculations are so unreasonable that I have addressed specific sections to each.

Dr. Smith uses the value of $35,157 per year as the wage loss figure. If Mr. Santillan was working full-time at the time of his death, his worklife is only 4.15 years beyond his age at death of 65.5. If he was not actively working; then his worklife is only 1.25 years. Dr. Smith totally ignores these worklife tables that are consistently used in forensic economics. This results in a gross overstatement of the present cash value of economic loss in wages.

The advice and counsel; relationship; and value of life calculations are not commonly accepted by the economics community. Dr. Smith's two citations from the Journal of Forensic Economics are somewhat misrepresented by him and form a decidedly minority view by forensic economists. In the most recent survey of forensic economists in the Litigation Economics Review (vol 6 #2 Summer 2004), 82% of the forensic economists responded that they would not be willing to calculate hedonic damages if asked by a plaintiff's attorney (p 35)and 72% said they would be willing to critique and

Exhibit B

economist's report as to hedonic damages (p36).

LOSS OF GUIDANCE; ACCOMPANIEMENT; AND RELATIONSHIP

Dr. Smith calculates values for loss of guidance, loss of accompaniment, and loss of relationship. In my 26 years of practicing as a forensic economist I have never seen any other economist present such calculations. The calculations are solely based on one article in one journal. An article entitled "Household Services: Toward a More Comprehensive Measure" by Frank Tinari in the Journal of Forensic Economics 11(3), 1998, p. 253-265 presents an arguments for measuring advice, guidance, counseling and companionship services as an addition to the usual household services calculations.

Household service calculations such as cleaning, shopping, cooking, home repair, and maintenance have been measured in studies and valued at replacement costs. Typically the beneficiaries of these services are spouses and children under the age of majority.

Dr. Smith's approach not only significantly expands the activities that are valued but he assigns them to her brothers (not her children) beyond the age of majority; a significant departure from household service calculations. Guidance, advice, counseling, and companionship all may well have value but without studies and a literature to back them up would be pure speculation by an economist.

The conclusion of the article contains significant qualifiers to using the content of the article for actual case calculations. For instance:
   "This paper does not purport to give definitive values to the losses of companionship services and advice, counsel, and guidance services. Rather it presents an argument for their inclusion in a more comprehensive measure of household services…." The estimated values are suggestions based on "reasonable assumptions" (my quotes) regarding both the types of services provided by family members to one another and the quantity of time devoted to them. The analyst in any given case, however, must take steps to develop reasonable estimates of the quantity of hours of these services such as have been demonstrated in this paper."

Dr. Smith also cites a paper in the Journal of Forensic Economics authored by Chestnut and Violette entitled "The Relevance of Willingness-to-pay Estimates of the Value of a Statistical Life in Determining Wrongful Death Awards" in support of his loss of society or relationship calculations. In fact, that article strongly cautions against the use of willingness-to-pay calculations in value of life and related measures. They are particularly concerned with the stability of a statistical life estimate in different circumstances and the large amount of variation in statistical life estimates.

Both the quantity of daily and annual hours estimated by Dr. Smith for losses in guidance, companionship, and counseling seem to be totally unrealistic, especially given the lack of scientific studies supporting such estimates. Further, to value the hours at professional rates also produces a significant upward bias.

In summary, Dr. Smith's calculations for lost companionship, guidance, and counseling are without sufficient scientific basis, not generally accepted in the discipline, and purely speculative. There may well be value to these activities but the court or the jurors are just as competent to assign values as is Dr. Smith.

HEDONIC VALUE OF LIFE CALCULATIONS

Dr. Simth advances a Hedonic damages component to his economic loss calculation. Dr. Smith uses the willingness-to-pay approach to estimate the value of a statistical life. These values can be calculated through consumption activities or wage differentials based on small probabilities of risk.

As an example, if one buys a smoke detector for $10 resulting in a .00001 reduction in the probability of death, then one divides $10 by .00001 the estimated value of a statistical life is $1,000,000. This type of methodology has been used in cost benefit analysis particularly in government to determine whether projects might be viable. The value calculated is a statistical value of a nameless, faceless member of society. The values produced by this methodology range from $888,000 to $10,351,000. This extremely wide range of damages characterizes the flawed methodology in the calculations.

In fact, these numbers, at their best, represent a value of insurance but not the value of human life. This wide range of values is the result of a methodology based on a number of questionable assumptions. Those assumptions include (1)people actually have freedom of choice in deciding to confront risk (2)people perceive exceptionally small risk accurately (3)a disregard of non monetary factors that drive consumer purchases such as advertising and (4)income of the person has no impact on the purchase, when we recognize in economics the income effects do affect purchases.

Clearly there is some value that represents a reduced ability to enjoy life, loss of a beloved companion, pain and suffering, or grief and bereavement. Economic theory is not capable of measuring these basic human emotions. Economic theory cannot reliably attach dollar figures to such losses.

It is the lack of direct market equivalents for human intangibles that prevents economists from providing meaningful measures of the values of human intangibles. Work lives and work histories can be observed as can earnings and fringe benefit packages. Further,

values can be assigned to household contributions or medical treatment because these variables can be directly measured with market equivalents.

If one were to accept this flawed willingness-to-pay methodology as an acceptable technique for valuing human life, a further problem is that the value produced attaches to a faceless statistical person and is not case-specific.

Dr. Smith's Value of Life methodology reflects a flawed analysis, not only from the standpoint of common sense, but also from the standpoint of economic theory. I teach intermediate and graduate micro economic theory. One point that is made in my course is that individual tastes and emotions are difficult to compare between individuals and even more difficult to measure. To state that everyone is identical seems strange on the face of it.

Dr. Stan Smith is one of a very few forensic economists who seriously advocates this methodology. The last I knew, Dr. Smith did not have any full-time academic appointment.

Dr. Kip Viscusi is a professor of law and economics at Harvard University Law School. The following quotes from professor Viscusi reflect his feelings about the willingness-to-pay methodology.

Journal of Forensic Economics 13(2) 2000 pp. 111-125. *Misuses and Proper uses of Hedonic Values of Life in Legal Contexts* The following quotes are taken from a section entitled "Why Hedonic Damages are Not Warranted"...pp. 116-121.

> "The real problem is that there is a mismatch between the underlying theory for the value of life and the use of this measure as a compensation mechanism. Consumers don't want this much insurance compensation except when dealing with people's rate of tradeoff involving small risks. The methodology also does not provide a measure of appropriate insurance, i.e., the value of the amount the person would want to be compensated after a fatality. Unfortunately, this is the way in which some courts have been using the hedonic value-of-life estimates."

> "... When the government uses value-of-life estimates it is for the purposes of benefit assessment (in cost benefit analysis). It is noteworthy that the government does not use these values for purposes of compensation even in situations analogous to cases involving wrongful death."

Dr. Thomas Havrilesky (Professor of Economics; Department of Economics; Duke University) states the following in the Journal of Forensic Economics 8(1), 1995, ;; 49-54 in an article entitled: *The Persistent Misapplication of the "Hedonic Damages" Concept to Wrongful Death and Personal Injury Litigation*

> "Forensic economists realize that the unfortunate phrase

"hedonic damages" is not usually understood by economists with no experience in litigation. Many economists without an interest in forensic applications would likely be aware of "the value of life" as it relates to the literature on the valuation of the avoidance of the risk in cost-benefit analysis as developed by Mishan, Schelling, and Viscusi. Nevertheless, they would not generally know of the attempt by a small number of forensic economists to apply these risk-based, anonymous-life values to an individual's enjoyment of his or her whole life. The reason for this is that there is no literature on this particular application beyond the forensic and law journals."

"As to the "body of scientific knowledge", consider the views of the leading researchers in hedonic valuation. Thomas Schelling was one of the initiators of the value-of-life research. He was invited to speak for the profession by writing a section about it in the New Pagrave Dictionary on Economics. In that section Schelling indicates that risk reduction and value of the enjoyment of life are different and that the former does not measure the latter. Eraz Mishan was another pioneer in this area. He warned that values for changes in risk not be misinterpreted as values of enjoyment of whole human lives. The leading contemporaneous researcher in the area of risk reduction is W. Kip Viscusi. On numerous occasions he has testified against the same misinterpretation as has another important current-day researcher, Lauraine Chesnut."

A number of articles in the Journal of Forensic Economics issue of Spring/Summer 2000 entitled "Hedonic Damages Ten Years Later" are strongly critical of Hedonic damage calculations as cited by Dr. Smith. Case law as argued in Ayers v. Robinson et al. (887 F. Supp. 1049) further supports the lack of support for Dr. Smith's Hedonic calculations.

Sincerely,


Edward L. Sattler, Ph.D.
Professor of Economics
Bradley University