## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased; RIGOBERTO LOPEZ; and AQUIELO ARIAS,<br>             Plaintiffs,<br>   v.<br><br>TERRY SCHAAFSMA, doing business as The Grand Farm, doing business as Schaffsma Farm; and BRUCE SCHAAFSMA, doing business as The Grand Farm, doing business as Schaffsma Farm;<br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 04-2284<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

In December 2004, Plaintiffs, Maria Santillan, as Special Administrator of the Estate of Esequiel Santillan, deceased, Rigoberto Lopez, and Aquileo Aria filed a Complaint at Law (#1) against Defendants, Terry Schaafsma and Bruce Schaafsma, d/b/a The Grand Farm, and d/b/a Schaafsma Farms. In June 2005, Plaintiffs filed their First Amended Complaint at Law (#25), alleging violations of the Migrant and Seasonal Agricultural Worker Protection Act (hereinafter "AWPA") (29 U.S.C. § 1801 *et seq.*) and also alleging state law claims of negligent entrustment. Federal jurisdiction is based on federal question pursuant to 28 U.S.C. § 1331 because some of the claims arise under a federal statute. The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

In July 2006, Defendants filed a Motion In Limine (#32), contending that the Court should bar evidence from Dr. Stan Smith. After reviewing the parties' motion and memoranda, the Court granted this motion as to Dr. Smith's testimony regarding loss of value of life (also called "hedonic damages") and loss of society and denied it as to testimony regarding other damages.

In July 2006, Defendants filed a Motion for Leave To Amend Motion In Limine (#41). In light of the Court's ruling on Defendants' motion in limine, this motion for leave to amend appears to be moot. Nevertheless, because Defendants may seek to amend the motion to address matters unrelated to hedonic damages, the Court **GRANTS** Defendants' Motion for Leave To Amend Motion In Limine **(#41)**. Defendants may file a supplemental motion in limine within fourteen (14) days after the date this order is filed.

ENTER this 11th day of September, 2006

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE