E-FILED
Tuesday, 26 September, 2006  01:27:48 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  No.  04-2284<br>) |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION IN LIMINE**

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a The Grand Farm and both d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this Motion in Limine states as follows:

1. That the Court in the previous ruling of September 11, 2006, ruled as follows:

    "Thus, Defendants have provided no argument regarding the categories of damages listed in the previous paragraph. Accordingly, to the extent that Defendants' motion in limine seeks to bar testimony regarding damages that are not based on the hedonic value of life, the Court denies the motion. Specifically, the Court denies Defendants' motion to exclude Smith's testimony regarding (1) loss of wages, benefits, and social security; (2) loss of household/family housekeeping and

      management services; (3) loss of household/family guidance services; and (4) loss of household/family accompaniment services.

2. That additional time was given to the Defendants to file an additional Motion in Limine regarding the above listed damages.

3. That Dr. Edward Sattler has prepared a report (a copy of which is attached hereto and marked Exhibit A) that addressed not only the hedonic damages but the other damages addressed by Dr. Smith's report, including loss of wages, benefits, social security, loss of household/family housekeeping, management services, loss of household/family guidance services and loss of household/family accompaniment services.

4. That based upon this report, the loss of wages, loss of household/family housekeeping and management services, loss of household/family guidance services and loss of household/family accompaniment services are not based on calculations that are commonly accepted by economic community, are without sufficient scientific basis, and are purely speculation.

5. That according to Daubert v. Merrell Dow Pharms., Inc, 509 U.S. 579, 594 (1993) the court must determine whether the reasoning or methodology underlying the proposed testimony is scientifically valid, and if said reasoning is not scientifically valid the proposed testimony should be excluded.

6. That the proffered testimony of Dr. Smith, being the testimony concerning (1) loss of wages, benefits, and social security; (2) loss of household/family housekeeping and management services; (3) loss of household/family guidance services; and (4) loss of household/family accompaniment services, as stated in his report, is not based on reasoning or methodology that is scientifically valid, and therefore this testimony should be excluded.

WHEREFORE, your movant prays that this Motion in Limine be granted.

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

UNITED STATES DISTRICT COURT<br>
CENTRAL DISTRICT OF ILLINOIS<br>
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

CERTIFICATION OF SERVICE

I hereby certify that on September 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas E. McClure, tkbbmac@keynet.net.

s/Tony L. Brasel

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net