```
                    RIVERSIDE MEDICAL CENTER
                  Printed: Sat Sep 11, 2004 1:44 AM
                                                        CHART Copy
Name=LOPEZ,RIGOBERTO C                             MRUN=034-61-94
 DOB=08/02/1963     Sex=M                          Acct #=003365292
Loc/Svc=3RD-319-01/MED                         Admit Date=09/08/2004
FINAL REPORT
HISTORY & PHYSICAL EXAMINATION
==================================================================
```

CHIEF COMPLAINT/PRESENT ILLNESS:
The patient is a 41-year-old Hispanic male admitted 09/08/04 through the emergency room with the history that he was involving in a single motor vehicle accident in a motor vehicle collision where he was thrown from the back of a flatbed truck. He also lost consciousness and was brought to the emergency room, and he was noted to have a laceration on the left forehead and he was complaining of pain in the left lower leg. In the emergency room, his vital signs were stable and he was alert and stated his complaints. The initial blood chemistry profile showed borderline elevated random blood sugar level. The initial blood alcohol level was 356 mg per dl. The alkaline phosphatase was elevated with slightly elevated SGOT. The CBC was within normal limits except for a borderline low hemoglobin but with normal hematocrit level. CT scan of the brain showed a soft tissue hematoma over the left frontal lobe, and there was no intraparenchymal hemorrhage. CT scan of the cervical spine, abdomen and pelvis, and the chest did not show any significant abnormalities. X-ray of the left lower leg showed a fracture of the distal tibia with separation of 1.5 to 2.0 centimeters and lateral displacement by 1.5 to 2.0 centimeters. There was also a fracture of the distal fibula at two separate locations. Chest x-ray was not remarkable. The _____ intact and there was no dislocation.

ALLERGIES:
No known allergies to medications or food.

FAMILY HISTORY:
As far as can be noted, there is no illness particular to his family.

OCCUPATIONAL HISTORY:
He states he works as an agricultural laborer.

SOCIAL HISTORY:
He states he is married with children.

HABITS:
He is not very clear about his alcohol intact, stating that he only drinks beer now and then. As mentioned earlier, his initial blood alcohol level was elevated. He denies use of habit-forming drugs. He smokes a few cigarettes daily.

PAST MEDICAL AND SURGICAL HISTORY:

RL023

```
                                                            Page 2
                        RIVERSIDE MEDICAL CENTER
                                              Copy for KIM,DONG O (MD)
Name=LOPEZ,RIGOBERTO C                              MRUN=034-61-94
 DOB=08/02/1963      Sex=M                          Acct #=003365292
 Loc/Svc=3RD-319-01/MED                          Admit Date=09/08/2004
FINAL REPORT
REPORT OF CONSULTATION
==========================================================================
```

CVS: Heart sounds are regular.

ABDOMEN: Soft and non-tender.

PELVIS: Stable.

EXTREMITIES: Lower extremities reveal a cast over the left lower extremity from a tibia fracture. Good neurovascular exam is noted in both feet.

DIAGNOSTIC DATA: Alcohol level of 356, hematocrit 37.9, which is stable, white blood cell 4.6.

IMPRESSION/PLAN:
Mr. Lopez presents after being thrown from the back of a truck. He has a contusion over the left forehead, he also has a fracture of his left tib/fib, which will require operative repair. He will be admitted overnight for observation.

Dong Kim, M.D.
This electronic signature signifies that
I dictated and have reviewed this report.

```
==========================================================================
 Dictated By=KIM,DONG O (MD)              D/T=09/08/2004 1947
 Text Status=FINAL
     Signed By= _____  D/T= _____
                 KIM,DONG O (MD)
Transcribed By=ROACH,LORI L               D/T=09/09/2004 0435
cc: KIM,D; PURI,R
```

RL078



**Riverside medical center**
350 North Wall Street Kankakee, Illinois 60901 (815) 935-7535

Clinical Laboratory Report

M. Pool, M.D.
T. Betlej, M.D.

## CHEMISTRY PROFILE

| | | | UNITS | REF RANGE |
|---|---|---|---|---|
| WEEKDAY/DAY OF STAY | WED 001 | | | |
| COLLECTION DATE | 09/08/04 | | | |
| TIME | 1435 | | | |
| PROCEDURE | | | | |
| ALCOHOL | 216 | | MG/DL | 0-80 |
| SODIUM | 142 | | MMOL/L | 135-148 |
| POTASSIUM | 4.1 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 111H | | MMOL/L | 98-110 |
| CO2 | 24 | | MMOL/L | 22-32 |
| ANION GAP | 11 | | MEQ/L | 10-17 |
| GLUCOSE | 149H | | MG/DL | 75-125+ |
| BUN | 25 | | MG/DL | 8-33 |
| CREATININE | 1.1 | | MG/DL | 0.6-1.8+ |
| BUN/CREA RATIO | 22.7H | | | 12.0-20.0 |
| TOTAL PROTEIN | 5.5L | | G/DL | 6.0-8.2 |
| ALBUMIN | 3.3 | | G/DL | 3.0-5.0+ |
| A/G RATIO | 1.5 | | | 1.1-2.2 |
| GLOBULIN | 2.2 | | G/DL | 1.5-4.3 |
| CALCIUM | 7.6L | | MG/DL | 7.9-10.4 |
| BILIRUBIN TOTAL | 0.4 | | MG/DL | 0.2-1.4 |
| ALK PHOS | 104 | | U/L | 30-135 |
| CPK | 206 | | U/L | 35-225 |
| SGOT | 38 | | U/L | 12-48 |
| PT | 21 | | U/L | 7-40 |
| AMYLASE | 41 | | U/L | 34-122 |
| ALCOHOL | THE SPECIMEN MATRIX ACTUALLY ANALYZED FOR ALCOHOL WAS SERUM. | | | |

Legend:
L = Low, H = High, f = Footnote, * = Admit Record Chng

Clinical Laboratory Report

Outpatient Final - Do Not Remove
Page: 1
Chart Date/Time: 09/09/2004 - 1621      Continued...

Patient Name: SANTILLAN, ESEGUIEL
Med. Rec. No.: (0000)000490614   DOB: 04/10/1939
Patient ID #: 003365277          Age: 65 YRS
Physician: KIM MD, DONG          Sex: M
Admit Date: 09/08/2004           Race: U
Station: EMER                    Med. Service: ERD

ES010



**Riverside medical center**
350 North Wall Street Kankakee, Illinois 60901  (815) 935-7535

**Clinical Laboratory Report**
M. Pool, M.D.
T. Betlej, M.D.

## TOXICOLOGY - THERAPEUTIC DRUG MONITORING

```
WEEKDAY/DAY OF STAY      ER
COLLECTION DATE          09/08/04
TIME                     1424
PROCEDURE                                                    UNITS    REF RANGE
```

### URINE DRUG SCREENS

```
AMPHETAMINES             NEGATIVE
BENZODIAZEPINES          POSITIVE*
CANNABINOID              NEGATIVE
BARBITURATES             NEGATIVE
COCAINE MET              NEGATIVE
METHADONE                NEGATIVE
OPIATES                  NEGATIVE
PCP                      NEGATIVE
DRUG SC COMMENT          SEE HINT
DRUG SC COMMENT
     THE URINE SPECIMEN SUBMITTED WAS SCREENED
     FOR ALL OF THE ABOVE SUBSTANCES. SCREENING
     RESULTS SHOULD BE CONSIDERED AS PRESUMPTIVE.
     THIS IS A SCREENING TEST AND NOT COMFIRMATORY.
```

## HEMO - CBC DIFF

```
WEEKDAY/DAY OF STAY      WED 001
COLLECTION DATE          09/08/04
TIME                     1435
PROCEDURE                                                    UNITS    REF RANGE
```

### COMPLETE BLOOD COUNT

```
WBC X 10^3               9.9H            /cmm     2.6-7.8
RBC X 10^6               3.48L           /cmm     4.10-5.40
HEMOGLOBIN               10.9L           g/dl     12.7-16.3
HEMATOCRIT               32.7L           %        37.0-46.0
MCV                      94.0            fl       80.0-97.0
MCH                      31.3            pg       27.0-34.0
MCHC                     33.3            g/dl     33.0-36.0
RDW-CV                   12.9            %        8.7-20.1
RDW-SD                   44.8            fl       31.1-54.8
PLT X 10^3               227             /cmm     130-330
MEAN PLT VOLUME          10.4            fl       7.4-20.4
```

Legend:
L = Low, H = High, * = Abnormal

**Clinical Laboratory Report**

Patient Name: SANTILLAN, ESEGUIEL
Med. Rec. No.: (0000)000490614    DOB: 04/10/1939
Patient ID #: 003355277           Age: 65 YRS
Physician: KIM MD, DONG           Sex: M
Admit Date: 09/08/2004            Race: U
Station: EMER                     Med. Service: ERD

Outpatient Final - Do Not Remove
Page: 2
Chart Date/Time: 09/09/2004 - 1621        Continued...

ES011