IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>           Plaintiffs,<br><br>v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM,<br>           Defendants. | No. 04 - 2284 |

### CERTIFICATE OF SERVICE OF
### PLAINTIFFS' PROPOSED JURY INSTRUCTIONS

I, THOMAS E. McCLURE, certify that on October 6, 2006, I electronically filed the Plaintiffs' Proposed Jury Instrucitons with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following individual: Tony L. Brasel, tlbrasel@daca.net.

By: S/ Thomas E. McClure
THOMAS E. McCLURE
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net

1