E-FILED
Tuesday, 10 October, 2006  01:36:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS COUNTS BASED UPON
## MIGRANT AND SEASONAL AGRICULTURAL WORKERS ACT

Now comes the Defendants, Terry Schaafsma and Bruce Schaafsma both d/b/a The Grand Farm and both d/b/a Schaafsma Farm, by and through their attorney, Tony L. Brasel, and in support of this Motion to Dismiss states as follows:

1.  That Counts 1, 2, 5, and 7 of the Amended Complaint are based upon alleged violations of the Migrant and Seasonal Agricultural Workers Act.

2.  That section 4 of said Act sets forth the applicability of said Act, and section 4 (a) (2) sets forth a small business exemption, stating as follows: Any person, other than a farm labor contractor, for whom the man-days exemption for agriculture labor provided under section 13 (a) (6) (a) of the Fair Labor Standards Act of 1938 (29 U.S.C. 213 (a) (6) (a)) is applicable.

3.  That 29 USC 213 (a) (6) (A) states as follows:

    Any employee in agriculture if such employee is employed by an employer

    who did not, during any calendar quarter during the preceding calendar

year, use more than five hundred man-days of agricultural labor.

4. That the Defendants did not use during the preceding calendar year more than 500 man days of labor, see attached affidavit of Bruce Schaafsma.

5. That if the Defendants had used more than 400 man days of labor, then the action would be covered by the State of Illinois Workers Compensation Act pursuant to said act (see 820 ILCS 305/3 (19) and also 29 U.S.C. 1854 d (1), which states that a states workers compensation law if applicable shall be the exclusive remedy.

6. That this motion deals solely with the validity and applicability of this act and is therefore timely as no cause of action can exist if the Migrant and Seasonal Agricultural Workers Act does not apply.

Wherefore, your Defendants would pray that this Motion to Dismiss be granted and that Counts 1, 2, 5, and 7 be dismissed.

_____

Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

**UNITED STATES DISTRICT COURT**

CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.    04-2284 |
| TERRY SCHAAFSMA and BRUCE SCHAAFSMA both d/b/a THE GRAND FARM and both d/b/a SCHAAFSMA FARM, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on October 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Thomas E. McClure, tkbbmac@keynet.net.

s/Tony L. Brasel

_____
Tony L. Brasel
Attorney for Defendants
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net