STATE OF ILLINOIS       )
                        ) SS
COUNTY OF KANKAKEE  )

## AFFIDAVIT

BRUCE SCHAAFSMA, having been first duly sworn and upon his oath, states as follows:

1. That Affiant has personal knowledge of the following facts and can testify competently thereto.

2. I am one of the Defendants in the case of Santillan, et al. v. Schaafsma, et al. case No.: 04-2284.

3. That I am aware of the number of people who worked for Schaafsma Farm for the preceding year from the date of the accident that is the subject of this Complaint, being September 8, 2004.

4. That during the preceding year, the Defendants did not use more than Five Hundred man-days of agricultural labor during any calendar quarter.

FURTHER AFFIANT SAITH NOT.

/s/ Bruce Schaafsma

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

/s/ Bruce Schaafsma