E-FILED
Monday, 16 October, 2006  11:30:22 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased; RIGOBERTO LOPEZ; and AQUIELO ARIAS, <br>          Plaintiffs,<br>v.<br><br>TERRY SCHAAFSMA, doing business as The Grand Farm, doing business as Schaffsma Farm; and BRUCE SCHAAFSMA, doing business as The Grand Farm, doing business as Schaffsma Farm;<br>          Defendants. | Case No. 04-2284 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The oral motion by the parties that the Court issue a 35-day Order is **GRANTED**.

2. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties. Stipulation of dismissal is due by **November 20, 2006.**

3. All time tables and scheduled hearings are VACATED until further order.

**4. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated.**

ENTER this 16th day of October, 2006.

                                          s/ DAVID G. BERNTHAL
                                          U.S. MAGISTRATE JUDGE