E-FILED
Tuesday, 14 November, 2006  04:38:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | No. 04 - 2284 |
| **TERRY SCHAAFSMA and BRUCE SCHAAFSMA,** | ) ) ) | |
| **Defendants.** | ) | |

## STIPULATION TO DISMISS

All matters in dispute between the Plaintiff and Defendants to the above-entitled cause having been satisfactorily compromised and settled; it is hereby stipulated and agreed by and between said parties by their respective attorneys, that the said claims may be mutually dismissed with prejudice.

It is further stipulated and agreed that an order pursuant to the foregoing may be entered of record without further notice to any party upon the presentation of this stipulation.

It is further stipulated and agreed that said dismissal shall be a bar to the bringing of any action based on or including the claim for which this action has been brought.

**WHEREFORE,** the parties hereto pray the court will enter an order dismissing with prejudice the complaint of the Plaintiff against Defendants, with leave to reinstate in 30 days if the settlement is not consummated.

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, AQUILEO ARIAS, Plaintiffs | TERRY SCHAAFSMA and BRUCE SCHAAFSMA, Defendants |
| By: S/ Thomas E. McClure | By: S/ Tony L. Brasel |
| THOMAS E. McCLURE Attorney for Plaintiffs Elliott & McClure, P.C. 18 Briarcliff Professional Center Bourbonnais, IL  60914 815-935-1117 Fax:  815-935-1141 E-mail:  tkbbmac@keynet.net | TONY L. BRASEL Attorney fro Defendants 201 Park Place Bourbonnais, IL  60914 815-937-9939 Fax: 815-937-9965 E-mail: tlbrasel@daca.net. |

## CERTIFICATE OF SERVICE

    I, THOMAS E. McCLURE, certify that on November 14, 2006, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following individual: Tony L. Brasel, tlbrasel@daca.net.

    By: S/ Thomas E. McClure
    THOMAS E. McCLURE
    Attorney for Plaintiffs
    Elliott & McClure, P.C.
    18 Briarcliff Professional Center
    Bourbonnais, IL  60914
    815-935-1117
    Fax:  815-935-1141
    E-mail:  tkbbmac@keynet.net