IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>        Plaintiffs,<br>    v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA,<br>        Defendants. | No. 04 - 2284 |

## MOTION TO REINSTATE

Now come Plaintiffs MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, and move to reinstate this cause.  In support of this motion, Plaintiffs state as follows:

1. On October 13, 2006, the parties notified the court by telephone conference call that this case had been settled.  The terms of the settlement were shared with the court.

2. The parties filed a stipulation to dismiss on November 14, 2006.

3. On November 15, 2006, the court entered a text order that provides as follows:

"This Court has reviewed and now approves the parties' Stipulation to Dismiss [56] and the case is terminated with prejudice with leave to reinstate in 30 days if the settlement is not consummated."

4. The plaintiffs hand-delivered fully executed releases to defense counsel on October 18, 2006.

5. On December 12, 2006, after consulting with the office of defense counsel and the attorney for defendants' insurance carrier, plaintiffs' counsel learned that the settlement drafts will not be delivered to plaintiffs' counsel prior to December 15, 2006.

1

6.     Because the settlement will not be consummated within 30 days of the court's November 15 text order, this cause should be reinstated.

WHEREFORE, Plaintiffs MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, AQUILEO ARIAS pray that this cause be reinstated

        MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, AQUILEO ARIAS, Plaintiffs

By: S/ Thomas E. McClure
THOMAS E. McCLURE
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net

## CERTIFICATE OF SERVICE

I, THOMAS E. McCLURE, certify that on December 12, 2006, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following individual:  Tony L. Brasel, tlbrasel@daca.net.

By: S/ Thomas E. McClure
THOMAS E. McCLURE
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net