E-FILED
Wednesday, 03 January, 2007 05:01:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, Deceased, RIGOBERTO LOPEZ, and AQUILEO ARIAS,<br>　　　　Plaintiffs,<br>　　v.<br><br>TERRY SCHAAFSMA and BRUCE SCHAAFSMA,<br>　　　　Defendants. | No. 04 - 2284 |

### MOTION TO WITHDRAW MOTION TO REINSTATE

Now come Plaintiffs MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, and AQUILEO ARIAS, and move to withdraw their motion to reinstate this cause. In support of this motion, Plaintiffs state as follows:

1.  On December 12, 2006, the plaintiffs filed a motion to reinstate this cause because the settlement had not been consummated.

2.  After the filing of the motion, the defendants performed their obligations under the terms of the settlement agreement.

3.  The issue raised by the motion to reinstate is now moot.

WHEREFORE, Plaintiffs MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, AQUILEO ARIAS pray that their motion to reinstate be withdrawn.

　　　　　　　　　　　　　　　　MARIA SANTILLAN, as Special Administrator of the Estate of ESEQUIEL SANTILLAN, RIGOBERTO LOPEZ, AQUILEO ARIAS, Plaintiffs

　　　　　　　　　　　　　　　　By: S/ Thomas E. McClure
　　　　　　　　　　　　　　　　THOMAS E. McCLURE
　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　Elliott & McClure, P.C.

18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net

## CERTIFICATE OF SERVICE

I, THOMAS E. McCLURE, certify that on January 3, 2007, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following individual:  Tony L. Brasel, tlbrasel@daca.net.

By: S/ Thomas E. McClure
THOMAS E. McCLURE
Attorney for Plaintiffs
Elliott & McClure, P.C.
18 Briarcliff Professional Center
Bourbonnais, IL  60914
815-935-1117
Fax:  815-935-1141
E-mail:  tkbbmac@keynet.net